```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0047--CV (JWS)
            "GLOBAL SEAFOODS NORTH AMERICA V OURANIA ET AL"

            Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 03/04/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (120) Marine
                    FORECLOSURE OF MARITIME LIEN
            Origin: (1) Original Proceeding
            Demand: 43
        Filing fee: Paid $250.00 on 03/04/05 receipt # 00125202
          Trial by: Court
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | GLOBAL SEAFOODS NORTH AMERICA LLC | Mark C. Manning<br>431 W. 7th Avenue, Suite 204<br>Anchorage, AK 99501<br>907-278-9794<br>FAX 907-278-1169 |
| DEF 1.1 | OURANIA LLC | John E. Casperson<br>Holmes Weddle et al<br>999 3rd Avenue, Suite 2600<br>Seattle, WA 98104<br>206-292-8008 |
| DEF 2.1 | URSA MINOR, VESSEL | John E. Casperson<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0047--CV (JWS)
            "GLOBAL SEAFOODS NORTH AMERICA V OURANIA ET AL"

                        For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 03/04/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (120) Marine
                   FORECLOSURE OF MARITIME LIEN
           Origin: (1) Original Proceeding
           Demand: 43
       Filing fee: Paid $250.00 on 03/04/05 receipt # 00125202
         Trial by: Court


 Document #   Filed     Docket text

     1 -  1  03/04/05   Complaint filed; Summons issued.

     2 -  1  04/07/05   DEF 1-2 Attorney Appearance of J. Casperson.

     3 -  1  05/11/05   JWS Minute Order that plf require ans or apply for dft w/i 20 days. cc:
                        cnsl

     4 -  1  06/28/05   JWS Minute Order that ans' have not been fld by defs; if case isn't @
                        iss by 120 days from filing of cmplt it will be dism for lack of
                        prosecution. cc: cnsl

     5 -  1  07/09/05   PLF 1 Notice of filing answers by defendants.

     6 -  1  07/26/05   JWS Minute Order that plf file updated stat rpt by 8/5/05 if closing
                        papers aren't sooner fld; if neither are fld clk to dismiss case w/o
                        prej & w/o further notice to plf. cc: cnsl

     7 -  1  08/05/05   PLF 1 Status Report.

     8 -  1  08/05/05   PLF 1 Application for entry of default re: DEF 1 w/att aff & proof of
                        service.

     9 -  1  08/08/05   Clerk's Notice entering default as to DEF 1. cc: cnsl, J. Casperson
                        (register agent for Ourania LLC)

    10 -  1  08/10/05   JWS Minute Order that plf to file updated stat rpt or closing papers by
                        12/9/05. cc: cnsl

    11 -  1  08/17/05   DEF 1-2 Stipulation that the order of default against def Ouranian be
                        set aside and def may file an answer.

    11 -  2  08/18/05   JWS Order granting stipulation that the order of default against def
                        Ouranian be set aside & that def Ourania, LLC may file the att/answer
                        (11-1). cc: cnsl

    12 -  1  08/18/05   DEF 1 Answer to Complaint.
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0047--CV (JWS)
                       "GLOBAL SEAFOODS NORTH AMERICA V OURANIA ET AL"

                                      For all filing dates


Document #   Filed      Docket text

    13 -  1  08/18/05   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/in 28 days from svc of this ord. cc: cnsl

    14 -  1  09/28/05   JWS Minute Order re: Rule 16(b) MO requiring stat rpt was iss & no rpt
                        has been fld; rpt now due w/i 15 days. cc: cnsl

    15 -  1  10/18/05   PLF 1; DEF 1-2 Scheduling & Planning Conference Report.

    16 -  1  10/21/05   JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                        04/14/06; Dispositive mots ddln 05/15/06; 2 day TBC estimate. cc: cnsl
```