Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

FILED
DEC 19 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

GLOBAL SEAFOODS NORTH )
AMERICA, LLC, )
        Plaintiff, )
)
v. )
)
OURANIA, LLC, in personam, and )
URSA MINOR, official number 590767, )
her equipment, gear, furniture, )
apparel, fixtures, tackle, boats, machinery )
anchors and all appurtenances, in rem, )    IN ADMIRALTY
)
        Defendants. )    No. A-05- 047 Civil (JWS)
)

## MOTION FOR LEAVE TO AMEND AMENDED COMPLAINT

Plaintiff moves pursuant to Federal Rule of Civil Procedure 15 for an order allowing Plaintiff to serve an Amended Complaint, adding a brief allegation referring to a second note superceding the note originally identified in the Complaint. This motion is supported by the accompanying memorandum and form of Amended Complaint.

DATED this 19th day of December, 2005, at Anchorage, Alaska.

                MARK C. MANNING, P.C.
                Counsel for Plaintiff

                By: /s/ Mark C. Manning
                Mark C. Manning

17

A copy of this document has been
served by ~~mail~~/ hand/ fax on
12/19/05 on

John E. Casperson, Esq.
HOLMES WEDDEL & BARCOTT
999 Third Avenue, Ste. 2600
Seattle, WA 98104

*/s/ Mark C. Manning*

Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, *in rem, et al.*, )<br>)<br>Defendants. )<br>_____ ) | IN ADMIRALTY<br>No. A-04-0147 CV (RRB) |

**MEMORANDUM SUPPORTING MOTION FOR LEAVE TO
AMEND AMENDED COMPLAINT**

Plaintiff has moved pursuant to Federal Rule of Civil Procedure 15 for an order allowing it to serve an Amended Complaint, adding an allegation concerning a second promissory note, which superceded the original note referred to in the Complaint. The court's scheduling order sets December 19, 2005, as the deadline to amend pleadings without leave of court and a showing of good cause.

Leave to amend is to be freely granted when justice so requires. Fed. R. Civ. P. 15(a). The amendment should not prejudice Defendant, since it adds reference to a superceding note Defendant must necessarily have known about.

/
/

For the foregoing reasons, CitiCapital requests the court issue an order allowing the amendment.

DATED this 19th day of December, 2005, at Anchorage, Alaska.

MARK C. MANNING, P.C.
Counsel for Plaintiff

By: /s/ Mark C. Manning
Mark C. Manning