Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 AM 11: 17

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br>　　　　Plaintiff,<br>　v.<br>OURANIA, LLC, in personam, and URSA MINOR, official number 590767, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem,<br>　　　　Defendants. | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

### ERRATA

Plaintiff files herewith the following corrections to its December 19, 2005, MOTION TO AMEND COMPLAINT:

1. Motion page, correcting the title from MOTION FOR LEAVE TO AMEND AMENDED COMPLAINT to MOTION FOR LEAVE TO AMEND COMPLAINT;

2. Page 1 of supporting memorandum, correcting the case caption; and

3. Amended Complaint, correcting the inadvertent attachment of the complaint in an unrelated action.

DATED this 19th day of December, 2005, at Anchorage, Alaska.

　　　　　　　　　　MARK C. MANNING, P.C.
　　　　　　　　　　Counsel for Plaintiff

　　　　　　　　　　By: _/s/ Mark C. Manning_
　　　　　　　　　　　　Mark C. Manning

18

A copy of this document has been
served by (mail)/ hand/ fax on
12/19/05 on

John E. Casperson, Esq.
HOLMES WEDDEL & BARCOTT
999 Third Avenue, Ste. 2600
Seattle, WA 98104

*[signature]*