FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 21 PM 3: 25

Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>OURANIA, LLC, in personam, and URSA MINOR, official number 590767, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem, <br><br>　　　　　Defendants. | IN ADMIRALTY <br><br> No. A-05- 047 Civil (JWS) |

## STIPULATION

The parties stipulate and agree that Ourania, LLC, will not mortgage or sell or otherwise transfer title to the URSA MINOR during the pendency of this action, except pursuant to an order in this action or further stipulation by the parties.

　　　　　　　　　　　　　　　　　MARK C. MANNING, P.C.
　　　　　　　　　　　　　　　　　Counsel for Plaintiff

12/21/05　　　　　　　　　　　By: _____
Date　　　　　　　　　　　　　　　Mark C. Manning

19

HOLMES, WEDDLE & BARCOTT

Dec 21, 2005
Date

By: _____
John E. Casperson
Attorney for Defendants

**FILED**
DEC 2 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

**ORDER**

IT IS SO ORDERED.
DATED this 22nd day of December, 2005.

_____
JOHN W. SEDWICK
U.S. DISTRICT COURT JUDGE

A05-0047--CV (JWS)   12-22-05
--------------------------------------------
- J. CASPERSON
- M. MANNING (MANNING)

2

HOLMES, WEDDLE & BARCOTT

_____          By:_____
   Date                            John E. Casperson
                                   Attorney for Defendants

## ORDER

IT IS SO ORDERED.

DATED this ____ day of _____, 2005.

_____
JAMES W. SINGLETON
U.S. DISTRICT COURT JUDGE

2