**MINUTES OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

FILED
DEC 2 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

GLOBAL SEAFOODS NORTH AMERICA    v.    OURANIA, LLC, et al.

THE HONORABLE JOHN W. SEDWICK     CASE NO.   A05-0047 CV (JWS)

Deputy Clerk                      Official Recorder

Pam Richter                       _____

APPEARANCES:   for PLAINTIFF:    ----

               for DEFENDANT:    ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

After reviewing the errata filed at docket 18, the motion at docket 17 is **DENIED** without prejudice to the motion which accompanied the errata which shall be given a docket number and filed by the Clerk. The time for filing a response to the new motion shall be computed based on the date of the service of this order.

DATE: December 22, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A05-0047--CV (JWS)   12-22-05
------------------------------------
prr   J. CASPERSON
      M. MANNING (MANNING)

20