**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED DEC 29 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By Deputy

GLOBAL SEAFOODS NORTH AMERICA, LLC   v.   OURANIA, LLC, et al.

THE HONORABLE JOHN W. SEDWICK        CASE NO. A05-0047 CV (JWS)

Deputy Clerk                         Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Based on the parties stipulation at docket 22, plaintiff shall promptly file an original signed copy of the Amended Complaint (that attached to the stipulation is a photo copy). Defendant shall file an answer to the Amended Complaint within 10 days after service of a copy of the original signed copy.

The motion to amend at docket 21 is **DENIED** as moot.

DATE: December 29, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A05-0047--CV (JWS)   12/29/05
J. CASPERSON
M. MANNING (MANNING)

23