MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*GLOBAL SEAFOODS NORTH AMERICA, LLC*     v.    *OURANIA, LLC, et al.*

THE HONORABLE JOHN W. SEDWICK                CASE NO. A05-47 CV (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date:  January 4, 2006

Based on the notice at docket 24, the Clerk will please file the lodged Amended Complaint.  Defendants will have 10 days from the date of this order to file and serve an answer thereto.