John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Defendants

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GLOBAL SEAFOODS NORTH AMERICA,
LLC,

                Plaintiff,

    v.

OURANIA, LLC, in personam, and URSA
MINOR, Official Number 590767 her
equipment, gear, furniture, apparel, fixtures,
tackle, boats, machinery, anchors and all
appurtenances, in rem,

                Defendants.

Case No. A05-047 CV

## ANSWER TO AMENDED COMPLAINT

Defendant, Ourania, LLC answers Plaintiff's amended complaint as follows:

1.    Paragraph 1 sets forth legal conclusions not requiring an answer.

2.    Unknown.

3.    Admitted.

4.    Admitted.

5.    Denied.

6.    Denied.

7.   The note speaks for itself.

**AFIRMATIVE DEFENSES**

1.   Plaintiff is estopped from making its claims.

2.   Plaintiff has waived its claims.

3.   Plaintiff entered into an agreement with Defendant to settle its claims, barring this suit.

Defendant prays that this complaint be denied and dismissed with prejudice and Plaintiff take nothing thereby.

DATED this ___9___ day of January, 2006.

HOLMES WEDDLE & BARCOTT

_____
John E. Casperson, ASBA #7910076
Attorney for Defendants

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury
of the laws of the State of Washington that, on the
___9th___ day of ___January___, 2006,
a true and correct copy of the foregoing was
sent via U.S. Mail and electronically filed with the
Clerk of Court using the CM/ECF system, which will
send notification of such filing to the following:

Mark C. Manning
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, AK  99501

_____
Alegria Benton

G:\3895\15535\Pldg\Answer to Amended Complaint 1.9.05.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

2