MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*GLOBAL SEAFOODS NORTH AMERICA, LLC*    v.    *OURANIA, LLC, et al.*

THE HONORABLE JOHN W. SEDWICK        CASE NO. A05-47 CV (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date: January 9, 2006

The court has reviewed the report at docket 25. It is approved. Service of *in rem* process will be held in abeyance until **April 28, 2006.**