Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OURANIA, LLC, *in personam*,<br>JOHN GALLIHER, *in personam*, and<br>URSA MINOR, official number 590767,<br>her equipment, gear, furniture,<br>apparel, fixtures, tackle, boats, machinery<br>anchors and all appurtenances, *in rem*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   IN ADMIRALTY<br>)<br>)   No. A-05- 0047 Civil (JWS)<br>) |

**SECOND AMENDED COMPLAINT**

Plaintiff Global Seafoods North America, LLC, alleges as follows:

1.  This is an action within the admiralty and maritime jurisdiction of this Court, pursuant to 28 U.S.C. §1333 and 46 U.S.C. § 31341, et seq., and is an admiralty and maritime claim within the meaning of Federal Rule of Civil Procedure 9(h).

2.  Global Seafoods North America, LLC, is a limited liability company formed under the laws of the State of Washington. Global's principal place of business is Seattle.

3.  Defendant Ourania, LLC, is believed to be a limited liability company formed under the laws of the State of Washington, and believed to have its principal place of business in Kodiak, Alaska.

4.  Defendant URSA MINOR, official number 590767, is an 82 foot wooden-

hulled vessel of about 190 gross tons documented under the laws of the United States. It is owned and operated by Ourania, LLC. Kodiak is its hailing port. The vessel is now or during the pendency of this action will be within this court's geographic jurisdiction.

5. Defendant John Galliher is a resident of Kodiak, Alaska.

6. From and after approximately October 2003, Global at various times advanced to and on behalf of Ourania, at Ourania's request, approximately $42,610.00 for the purpose of payment for goods, equipment, fishing equipment and services, all of which were necessaries rendered to the URSA MINOR by third parties, except for bait valued at $1,007.80 that was provided by Global. On information and belief, those funds were in fact spent to pay the third parties' charges. By virtue of these advances, Global has acquired and/or has become subrogated to the third party vendors' liens on the vessel. Global has a lien for the value of the bait provided.

7. On or about November 17, 2003, Ourania made a Note in favor of Global for $20,000.00, formalizing the repayment obligation of a portion of these advances. This Note was superceded by another Note in Global's favor, for $30,000.00, on or about December 24, 2003. A true and correct copy of the second Note is attached hereto as Exhibit 1. The Note provided that it was to be paid in full by December 31, 2004. No payment has been made on the Note. The Note also provided that in the event of breach the principal would bear interest from date of disbursement at the lesser of 11.0% or the maximum rate allowed by law. On information and belief, the advances not covered by the Note were made on the agreement that they would be repaid from the winter cod season, which has now concluded. No repayment was made, and this sum is now due and owing. It bears interest at the rate agreed in the Note and, if not, then at the rate provided by law.

8. The Note provided that Ourania was obliged to pay the cost of suit to collect the Note, inclusive of reasonable actual attorney's fees.

9. On information and belief, in December 2004 Ourania and Galliher entered into an agreement whereby Galliher was to purchase the URSA MINOR and was to operate the vessel for his own account. At his request and/or Ourania's request, Global provided bait to and made advancements in payment of goods and/or services rendered to the URSA

MINOR in the period December 2004- February 2005. Repayment of these items was to be made from fishing revenue in the winter of 2005. A balance of $5,827.30 is due and owing, for which Global holds liens on the vessel and for which Galliher is personally liable. Alternatively, Galliher was at all times relevant Ourania's hired skipper, and Ourania is liable for this sum.

WHEREFORE, Plaintiff prays as follows:

1. that an in rem warrant of arrest issue, directing the United States Marshal to arrest the whole of the vessel URSA MINOR, o.n. 590767, and all of its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all other appurtenances, whether on board or not, and to hold the same pending further order of this Court;

2. that Plaintiff be awarded judgment in rem for $48,437.30, declaring that Global holds liens for the bait provided and that the advances vested Global, by subrogation, assignment or other operation of law, with valid and subsisting maritime liens against the URSA MINOR that are prior and superior to all other liens, claims, and encumbrances whatsoever against the Vessel, and foreclosing Plaintiff's liens against the Vessel and all of its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, whether on board or not, for all amounts alleged to be due in the Complaint, including without limitation, principal, interest, costs of collection, reasonable attorney fees and other expenses allowed at law;

3. that the court issue an order directing the U.S. Marshal to sell the Vessel in accordance with law, and that the sale proceeds be held in the Registry of this Court to be applied first to satisfy Plaintiff's in rem judgment;

4. that Plaintiff be allowed to bid at the Marshal's sale the amount of debt secured by the liens in lieu of cash;

5. that Plaintiff be awarded a judgment or judgments in personam against Ourania, LLC, and Galliher for all amounts due as alleged in the Complaint, including without limitation, principal, interest, late charges, costs of collection, reasonable attorney fees and other expenses allowed; and

6. that Plaintiff be awarded such other and further relief as the Court may deem

just and proper in the premises.

DATED this 28 day of February, 2006, at Anchorage, Alaska.

                         /s/ Mark C. Manning
                         MARK C. MANNING, P.C.
                         431 West 7th Avenue, Ste. 204
                         Anchorage, AK 99501
                         Phone: (907) 278-9794
                         Fax: (907) 278-1169
                         manning@alaska.net
                         ABA No. 8110066

## VERIFICATION

Oleg Nikitenko, being first duly sworn on oath, deposes and says that he is Plaintiff's President, that he has read the Complaint and knows the contents thereof, and that the same are true to the best of his knowledge and belief.

                         _____
                         Oleg Nikitenko

State of Washington, King County

SUBSCRIBED AND SWORN to before me this ____ day of February, 2006.

                         _____
                         Notary public in and for the State of Washington
                         My commission expires:_____

just and proper in the premises.

DATED this day of February, 2006, at Anchorage, Alaska.

> MARK C. MANNING, P.C.
> 431 West 7th Avenue, Ste. 204
> Anchorage, AK 99501
> Phone: (907) 278-9794
> Fax: (907) 278-1169
> manning@alaska.net
> ABA No. 8110066

### VERIFICATION

Oleg Nikitenko, being first duly sworn on oath, deposes and says that he is Plaintiff's President, that he has read the Complaint and knows the contents thereof, and that the same are true to the best of his knowledge and belief.

_/s/ Oleg Nikitenko_

State of Washington, King County

SUBSCRIBED AND SWORN to before me this 28 day of February, 2006.

Notary public in and for the State of Washington
My commission expires: 2/1/07

> OFFICIAL SEAL
> THOMAS P. HENNESSEY
> NOTARY PUBLIC
> STATE OF WASHINGTON
> My Commission Expires Feb. 1, 2007

4