## PROMISSORY NOTE

FOR VALUE RECEIVED, Ourania, LLC, herein "Promisor," promises to pay to the order of Global Seafoods North America, LLC, at 800 Marine Way E. Kodiak, AK 99615 or at such other place or places as the holder hereof designates in writing, the principal sum of THIRTY THOUSAND DOLLARS ($30,000.00) in lawful money of the United States of America, with interest. Said sum shall be due and payable as follows:

1. prompt remittance of 15% of the gross sale price of all sales of fish by Promisor until paid.

2. The foregoing notwithstanding, the entirety of the debt, inclusive of any accrued interest, must in any event be paid in full by December 31, 2004.

Each payment is to be applied first to accrued interest, if any, and the remainder to principal. Promisor shall have the right to prepay any amount of principal at any time without penalty.

The debt shall bear interest at a rate of 6% unless (1) Promisor breaches any term of this note or the related Exclusive Fishing Agreement or (2) the debt is not paid in full by December 31, 2004. In the event of any such breach, then the debt will bear interest from the date or dates of disbursement until paid at the lesser rate of 11% per annum or the maximum rate allowed by law. If the debt is not paid by December 31, 2004, then the balance then remaining will bear interest from that date until paid at the lesser rate of 11% per annum or the maximum rate allowed by law. If any payment is not paid when due or in the event of any other breach of the note or related Agreement, Global shall have the right to declare the remaining balance of the debt and any accrued interest immediately due and payable. Failure to exercise this option shall not constitute a waiver of the right to exercise the option in the event of any subsequent breach. Acceptance of partial or late payments will not constitute a waiver of the right to accelerate the debt.

Promisor waives any homestead and exemption right against said debt, presentment, demand, protest, and notice of nonpayment hereof, and binds himself as principal, and not as surety, and agrees to remain bound hereon, notwithstanding any extensions that may be made. In the event any suit or other action is necessary to collect the sums due under this note, Promisor agrees to pay all reasonable actual costs of such action including, but not limited to, actual attorney's fees.

This Note is to be construed according to the laws of the State of Alaska.

_____
Ourania, LLC
Constantinos Giannopoulos, Manager

State of Alaska, Third Judicial District

The foregoing instrument was acknowledged before me this ___ day of December 2003, by Constantinos Giannopoulos.

GIVEN UNDER MY HAND and official seal the day and year last above written.

Michelle Suzanne Mellinger
Notary Public in and for Alaska
My commission expires Aug 11 07

Exhibit 1
Page 1 of 1 Pages