Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>OURANIA, LLC, in personam, and URSA MINOR, official number 590767, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem,<br><br>    Defendants. | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

## STIPULATION

The parties stipulate and agree that Plaintiff may amend its amended complaint in this action. The parties stipulate further that the February 24, 2006, witness list and subsequent deadlines may be extended 60 days to accommodate the new defendant.

Date: February 28, 2006.

*(signature)*
Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

*[signature]*
John E. Casperson
HOLMES, WEDDLE & BARCOTT
999 Third Avenue, Ste. 2600
Seattle, WA 98104
Phone: (206) 292-8008
Fax: (206) 340-0289
jcasperson@hwb-law.com
ABA No. 7910076

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2006.

_____
JAMES W. SINGLETON
U.S. DISTRICT COURT JUDGE