Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| OURANIA, LLC, in personam, and URSA MINOR, official number 590767, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem, ) ) ) ) ) ) | IN ADMIRALTY |
| Defendants. ) ) | No. A-05- 047 Civil (JWS) |

**ERRATUM TO STIPULATION**

    Attached hereto is a form of order pertaining to the STIPULATION at docket 31, which Plaintiff filed earlier this date.

    DATED this 1st day of March, 2005, at Anchorage, Alaska.

    s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on 3/1/06, a copy
of the foregoing Erratum
was served electronically on Ourania LLC.


   s/Mark C. Manning