IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OURANIA, LLC, in personam, and URSA MINOR, official number 590767, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem, | ) ) ) ) ) ) | IN ADMIRALTY |
| | ) | |
| Defendants. | ) | No. A-05- 047 Civil (JWS) |
| _____ | ) | |

**PROPOSED ORDER**

     Upon review of the parties' STIPULATION dated February 28, 2006, it is hereby ORDERED that Plaintiff may file and serve its SECOND AMENDED COMPLAINT, and that the February 24, 2006, witness list and subsequent deadlines set by the SCHEDULING AND PLANNING ORDER in this action are extended 60 days as follows:

     Final, revised witness list     April 22, 2006

     Completion of discovery     June 13, 2006


_____     _____
     DATE                       JAMES W.  SEDWICK.
                                   DISTRICT COURT JUDGE

_____