**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  GLOBAL SEAFOODS NORTH AMERICA LLC  </u>   v.   <u>   OURANIA LLC   </u>

THE HONORABLE JOHN W. SEDWICK     CASE NO.  <u> 3:05-cv-00047-JWS </u>

<u>Deputy Clerk</u>                <u>Official Recorder</u>

<u> Pam Richter        </u>        <u>                       </u>

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The stipulation to amend complaint at docket 31 is **APPROVED**. The proposed amended complaint should have been included as an attachment with the stipulation--ECF's version of lodging the proposed amended complaint--NOT filed as a separate document. In the future, counsel will please follow that practice. The complaint filed at docket 30 will be accepted in this instance, but the time for an answer will run from the date of this order, not the date the amended complaint was filed at docket 30. The Clerk will handle this error by counsel by making an entry on the docket adjusting the time for answer to be consistent with the time established by this order.

The court hereby **APPROVES** the stipulated extension of deadlines at docket 31, such that the final revised witness lists shall be filed by Monday, April 24, 2006 and discovery shall be completed by June 13, 2006.

DATE: <u> March 2, 2006 </u>          ENTERED AT JUDGE'S DIRECTION
                                    INITIALS: <u> prr  </u>
                                            Deputy Clerk

[FORMS*IA*]