John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GLOBAL SEAFOODS NORTH AMERICA, LLC,

    Plaintiff,

v.

OURANIA, LLC, in personam,
JOHN GALLIHER, in personam and
URSA MINOR, Official Number 590767
her equipment, gear, furniture, apparel,
fixtures, tackle, boats, machinery,
anchors and all appurtenances, in rem,

    Defendants.

Case No. A05-047 CV

**DEFENDANT OURANIA, LLC'S ANSWER TO
SECOND AMENDED COMPLAINT**

Defendant Ourania, LLC (hereinafter Ourania) answers Plaintiff's second amended complaint as follows:

1. Paragraph 1 sets forth legal conclusions not requiring an answer.

2. Unknown.

3. Admitted

4. Admitted

DEFENDANT OURANIA, LLC'S ANSWER
TO SECOND AMENDED COMPLAINT - Page 1 of 3
Global Seafoods North America et al
Case No. A05-047 CV

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

5. Unknown.

6. Denied.

7. Denied.

8. The note speaks for itself.

9. Defendant Ourania admits that Galliher was its hired skipper. Defendant Ourania denies all other statements regarding Ourania in this paragraph. Defendant Ourania is without knowledge concerning Galliher's actions as alleged in this paragraph and neither admits nor denies these statements

## AFFIRMATIVE DEFENSES

1. Plaintiff is estopped from making its claims.

2. Plaintiff has waived its claims.

3. Plaintiff entered into an agreement with Defendant to settle its claims, barring this suit.

Defendant prays that this complaint be denied and dismissed with prejudice and Plaintiff take nothing thereby.

DATED this 23 day of March, 2006.

HOLMES WEDDLE & BARCOTT

John E. Casperson, ASBA #7910076
Attorney for Defendants Ourania, LLC and
Ursa Minor, O.N. 590767

DEFENDANT OURANIA, LLC'S ANSWER
TO SECOND AMENDED COMPLAINT - Page 2 of 3
Global Seafoods North America et al
Case No. A05-047 CV

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the ___23___ day of _March_____, 2006, a true and correct copy of the foregoing was sent via U.S. Mail and electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Mark C. Manning
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, AK  99501

_[signature]_
Alegria Benton

G:\3895\15535\Pldg\Answer to 2nd Amended Complaint 3.22.06.doc

DEFENDANT OURANIA, LLC'S ANSWER
TO SECOND AMENDED COMPLAINT - Page 3 of 3
Global Seafoods North America et al
Case No. A05-047 CV

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008