Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| OURANIA, LLC, *et al.,* | ) IN ADMIRALTY<br>) |
| Defendants. | ) No. A-05- 047 Civil (JWS)<br>) |

**MOTION TO COMPEL DISCOVERY**

Plaintiff Global Seafoods moves pursuant to Federal Rule of Civil Procedure 33, 34 and 37 for an order compelling Ourania, LLC, to serve responses to Global's FIRST, SECOND and THIRD DISCOVERY REQUESTS, with the exception of Requests for Admissions included in the DISCOVERY REQUESTS, within 15 days of the court's order granting the motion.  Counsel certifies that Global has in good faith conferred with Ourania in an effort to secure responses without court action.

DATED this 30th day of March, 2006, at Anchorage, Alaska.

 s/ Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 3 / 30 /06, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

   s/Mark C. Manning