IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>OURANIA, LLC, *et al.,*  )<br>  )<br>  Defendants.  )<br>_____ ) | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

**PROPOSED ORDER**

Upon review of Plaintiff Global Seafoods motion pursuant to Federal Rule of Civil Procedure 33, 34 and 37 for an order compelling Ourania, LLC, to serve responses to Global's FIRST, SECOND and THIRD DISCOVERY REQUESTS within 15 days of the court's order granting the motion, and of the papers relating thereto,

It is hereby ORDERED that Ourania shall serve complete responses to Global's FIRST, SECOND and THIRD DISCOVERY REQUESTS within 15 days of the date of this order. This order does not apply any Requests for Admissions in the above-referenced DISCOVERY REQUESTS.

_____             _____
       DATE                                                    JAMES W. SEDWICK.
                                                                       DISTRICT COURT JUDGE