Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.*, | ) ) | IN ADMIRALTY |
| Defendants. | ) ) ) | No.A-05-047Civil(JWS) |

**MEMORANDUM SUPPORTING MOTION TO COMPEL**

      Plaintiff Global Seafoods has moved pursuant to Federal Rule of Civil Procedure 33, 34 and 37 for an order compelling Ourania, LLC, to serve responses to Global's FIRST, SECOND and THIRD DISCOVERY REQUESTS, with the exception of Requests for Admissions included in the REQUESTS, within 15 days of the court's order granting the motion.  The first item was served by mail on December 9, 2005, and the second 2 items were served by mail on February 21, 2006.  An agreement to secure compliance by service of overdue responses to the FIRST REQUESTS has been dishonored.  Voice mail and e-mail communications with counsel for Ourania yesterday seem to support the conclusion that a substantially complete response to any of the 3 requests is not imminent.  In view of the unexplained dishonor of the agreement intended to cure the failure to respond to the FIRST REQUESTS, which have been pending for 3-1/2 months, Global must conclude that voluntary compliance with the discovery rules will not occur.

/

/

/

For the foregoing reasons, the court is respectfully requested to grant Global's motion to compel

DATED this 30th day of March, 2006, at Anchorage, Alaska.

         s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066