Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.,* | ) ) | IN ADMIRALTY |
| Defendants. | ) ) | No. A-05- 047 Civil (JWS) |

**MOTION FOR ORDER AUTHORIZING ISSUANCE OF
A WARRANT OF ARREST**

Plaintiff Global Seafoods moves pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims for an order authorizing the Clerk to issue a warrant for the arrest of the defendant vessel, URSA MINOR.  This motion is supported by the second Amended Complaint in this action.

DATED at Anchorage, Alaska, this 5th day of April, 2006.

 s/ Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 4 / 5 /06, a copy
of the foregoing motion and related papers
was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

   s/Mark C. Manning