IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> OURANIA, LLC, *et al.*, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> IN ADMIRALTY <br><br> No. A-05- 047 Civil (JWS) |

**ORDER AUTHORIZING ISSUANCE OF WARRANT OF ARREST**

Upon Plaintiff's motion and after review of the record and file herein, and finding that probable cause for arrest exists, it is

ORDERED that the Clerk may issue the attached warrants for the arrest of the defendant vessel URSA MINOR, official number 590767.

DATED this _____ day of March, 2006.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE