Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.,* | ) ) | IN ADMIRALTY |
| Defendants. | ) ) ) | No. A-05-047 Civil (JWS) |

**MOTION FOR ORDER SHORTENING TIME FOR CONSIDERATION
OF PLAINTIFF'S MOTION FOR ORDER AUTHORIZING ISSUANCE OF WARRANT
OF ARREST**

Plaintiff  moves for an order shortening time for consideration of its Motion for an order authorizing the Clerk to issue a warrant for the arrest of the defendant vessel. This motion is supported by the accompanying Declaration of Mark C. Manning.

DATED at Anchorage, Alaska, this 5th day of April, 2006.

          s/ Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 4 / 5 /06, a copy
of the foregoing motion and related papers
was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

   s/Mark C. Manning