IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.*, | ) ) | IN ADMIRALTY |
| Defendants. | ) ) | No. A-05- 047 Civil (JWS) |

**ORDER SHORTENING TIME FOR CONSIDERATION OF PLAINTIFF'S MOTION FOR ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST**

Upon review of Plaintiff's Motion for Order Shortening Time for Consideration of Plaintiff's Motion for Order Authorizing Issuance of Warrant for Arrest of the defendant vessel, it is hereby

ORDERED that Plaintiff's Motion is GRANTED.

DATED this ____ day of April, 2006.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE