| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OURANIA, LLC, *et al.*, )<br>)<br>Defendants. )<br>) | <br><br><br><br><br><br>IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

## DECLARATION OF MARK C. MANNING

Mark C. Manning states the following on oath:

1. I am counsel for Plaintiff, and am familiar with the premises of this lawsuit. This declaration is offered in support of Plaintiff's Motion for Order Shortening Time to consider Plaintiff's Motion for an order authorizing the Clerk to issue a warrant for the arrest of the defendant vessel.

2. The defendant vessel has, according to deposition testimony of its owner's manager, been operated in the Alaska fishing industry. We are approaching the most active period of the year for Alaskan fishing. Consequently, with the passage of time, the risk increases that the vessel will be out of port when an arrest warrant issues. This risk is exacerbated by the fact that, depending on the marshal's office's other commitments, there could be substantial delay in execution of the warrant. In addition, since we are approaching the time of the year when the vessel is most useful, it is to be hoped that prompt arrest and sale would produce the best price for the vessel. Another matter of concern is raised by my receipt of what appears to be a letter from the vessel owner's marine insurance broker advising that its insurer has opted not to re- new coverage as of May 5th due to "recent claims history." Based on nearly 25 years of maritime work with and for vessel owners and insurers, I am aware that it is commonly difficult to obtain insurance for older vessels such as the URSA MINOR, and that the difficulty is magnified when the vessel has a significant claims history. Accordingly, there is an increased risk that the vessel will be without insurance as of May 5, and may be operated without insurance out of financial desperation. The occurrence of an uninsured maritime tort claim, which would give rise to a superior lien on the vessel, would impair Global's secured position.

3. It my belief that it is this Court's practice to routinely address a motion for issuance

of an arrest warrant on shortened time.

4. Local Rule 7.2 (c) is addressed as follows:

(i) Shortened time is needed to minimize the risks that the vessel will depart from Kodiak and that equipment will be sold off it before it is arrested.

(ii) Global has endeavored to resolve its claim on the debts by litigation against the vessels owner *in personam*. This effort has been thwarted by failure to participate in discovery and by the failure of the owner's manager to admit in deposition to the existence of the debts, all or most of which do not appear to be fairly disputable.

(iii) As to the position of opposing counsel, it has ben proposed that Global postpone arrest until its claims have been litigated to conclusion, with the commitment that the vessel would not be operated again without first allowing Global to arrest it. This approach would not protect the vessel from the accrual of fresh liens for moorage, shore power, mechanics services and other necessaries, and there would remain some risk the vessel might depart the harbor notwithstanding any agreement to the contrary. Further, Global could not entertain such a proposal from a party that is obstructing the progress of litigation, as evidenced by the recent motion to compel discovery. Such conduct also does not inspire trust that the owner can be relied upon not to harm Global's claim against the vessel in other ways.

(iv) There are no specific dates of significance to the motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2006.

_____
MARK C. MANNING

Global Seafoods v. Ourania, LLC
Case no. A-05-047 (JWS)

## CERTIFICATE OF SERVICE

I hereby certify that, on 4 / 5 /06, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

\_\_s/Mark C. Manning\_\_\_\_\_