Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| OURANIA, LLC, *et al.,* | )   IN ADMIRALTY<br>) |
| Defendants. | )   No. A-05- 047 Civil (JWS)<br>) |

**MOTION FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN**

Plaintiff Global Seafoods moves for an order appointing Dennis McCusker as substitute custodian of defendant vessel URSA MINOR during the pendency of these proceedings. Plaintiff also moves that the custodian be authorized to shift the vessel to more appropriate moorings within the port, if it is arrested at a location that is not an appropriate mooring location. This motion is supported by the accompanying Declaration by proposed custodian McCusker, and by the accompanying memorandum.

DATED this 5th day of April, 2006, at Anchorage, Alaska.

 s/   Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 4 / 5 /06, a copy
of the foregoing motion and related order
were served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

   s/Mark C. Manning