Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.*, | ) ) | IN ADMIRALTY |
| Defendants. | ) ) ) | No. A-05- 047 Civil (JWS) |

**MEMORANDUM SUPPORTING MOTION FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN AND AUTHORIZING CUSTODIAN TO SHIFT VESSEL**

The URSA MINOR is a commercial fishing vessel that, on information and belief, is home ported in Kodiak. Recently, it has reportedly been removed from its accustomed slip and placed on the Kodiak harbor grid. When it is arrested, it may be at that or another location within the port other than its slip. Accordingly, the custodian should be authorized to have the vessel shifted back to its slip or to another appropriate mooring location, if it is not at an appropriate location when it is arrested..

Plaintiff will arrange prior to arrest for custodial liability insurance on the substitute custodian. Further, in consideration of the U.S. Marshal's consent to the appointment of Dennis McCusker as substitute custodian, Plaintiff agrees to release the United States and the U.S. Marshal from any and all liability and responsibility arising out of the care and custody of the defendant vessel from the time the Marshal transfers possession of them to the substitute custodian, and Plaintiff further agrees to hold harmless and indemnify the United States and the U.S. Marshal from any and all claims whatsoever arising out of the substitute custodian's keeping of the vessel.

DATED this 5th day of April, 2006, at Anchorage, Alaska.

  s/   Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 4 / 5 /06, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

   s/Mark C. Manning

Global Seafoods v. Ourania, LLC
Case no. A-05-047 (JWS)

2