**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

 GLOBAL SEAFOODS NORTH AMERICA LLC   v.   OURANIA LLC, et al 

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                         CASE NO.  3:05-CV-00047-JWS 

 Natalie Day 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: April 5, 2006

---

     The above-referenced case is referred to Magistrate Judge for disposition or findings and recommendations as appropriate pursuant to D.Ak.LMR 4:

| | | |
|---|---|---|
| __ | (1) | Administrative Inspection warrants; |
| __ | (2) | Matters relating to nonpayment of seaman's wages; |
| __ | (3) | Habeas Corpus petitions initiated under 28 U.S.C. § 2254; |
| __ | (4) | Motions Attacking Sentence under 28 U.S.C. § 2255; |
| XX | (5) | Preferred ship mortgage foreclosures; |
| __ | (6) | Matters relating to the arrest, seizure or release of vessels and other property under the Supplemental Rules for Certain Admiralty and Maritime Claims; |
| __ | (7) | Matters relating to the enforcement of administrative subpoenas. |

Revised 4/7/06