IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>OURANIA, LLC, *et al.*,  )<br>  )<br>Defendants.  )<br>_____ ) | <br><br><br><br><br><br>IN ADMIRALTY<br><br>No. **3-05-cv-00047-JWS-JDR** |

**ORDER SHORTENING TIME FOR CONSIDERATION OF
PLAINTIFF'S MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN
(Docket No. 43)**

Upon review of Plaintiff's Motion for Order Shortening Time for Consideration of Plaintiffs' Motion for Appointment of Substitute Custodian, and good cause appearing, it is hereby

ORDERED that Plaintiffs' Motion for Appointment of Substitute Custodian shall be considered on shortened time.

DATED this 7th day of April, 2006.

/s/ John D. Roberts
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE