IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.*, | ) ) | IN ADMIRALTY |
| Defendants. | ) ) ) | **3-05-cv-00047-JWS-JDR** |

## ORDER AUTHORIZING ISSUANCE OF WARRANT OF ARREST
**(Docket No. 37)**

Upon Plaintiff's motion and after review of the record and file herein, and finding that probable cause for arrest exists, it is

ORDERED that the Clerk may issue the attached warrants for the arrest of the defendant vessel URSA MINOR, official number 590767.

DATED this 7th day of April, 2006, at Anchorage, Alaska.

        /s/ John D. Roberts
        JOHN D. ROBERTS
        United States Magistrate Judge