Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br>        Plaintiff,<br><br>v.<br><br>OURANIA, LLC, *et al.*,<br>        Defendants. | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

**MOTION FOR ORDER APPOINTING TONY JONES TO REPLACE DENNIS MCCUSKER AS SUBSTITUTE CUSTODIAN**

    Plaintiff Global Seafoods moves for an order appointing Tony Jones to replace Dennis McCusker as substitute custodian of defendant vessel URSA MINOR during the pendency of these proceedings. The vessel has not yet been arrested. This motion is supported by the accompanying Declaration by proposed custodian McCusker, and by the accompanying memorandum.

    DATED this 18th day of April, 2006, at Anchorage, Alaska.

        s/ Mark C. Manning
    MARK C. MANNING, P.C.
    431 West 7th Avenue, Ste. 204
    Anchorage, AK 99501
    Phone: (907) 278-9794
    Fax: (907) 278-1169
    manning@alaska.net
    ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 4 / 18 /06, a copy
of the foregoing motion and related order
were served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

   s/Mark C. Manning