Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.,* | ) ) | IN ADMIRALTY |
| Defendants. | ) ) ) | No. A-05- 047 Civil (JWS) |

**MEMORANDUM SUPPORTING MOTION FOR ORDER APPOINTING TONY JONES TO REPLACE DENNIS MCCUSKER AS SUBSTITUTE CUSTODIAN**

Plaintiff has moved for an order replacing Dennis McCusker with Tony Jones as substitute custodian, because of Mr. McCusker's report of injury.

The vessel has not yet been arrested. Plaintiff will arrange prior to arrest for custodial liability insurance on substitute custodian Jones. Further, in consideration of the U.S. Marshal's consent to the appointment of Mr. Jones as substitute custodian, Plaintiff agrees to release the United States and the U.S. Marshal from any and all liability and responsibility arising out of the care and custody of the defendant vessel from the time the Marshal transfers possession of them to the substitute custodian, and Plaintiff further agrees to hold harmless and indemnify the United States and the U.S. Marshal from any and all claims whatsoever arising out of the substitute custodian's keeping of the vessel.

/
/
/

Case 3:05-cv-00047-JWS    Document 52    Filed 04/18/2006    Page 2 of 2

DATED this 18th day of April, 2006, at Anchorage, Alaska.

   s/   Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 4 / 18 /06, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

   s/Mark C. Manning

Global Seafoods v. Ourania, LLC
Case no.  A-05-047 (JWS)