IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| OURANIA, LLC, *et al.*, | ) ) IN ADMIRALTY |
| Defendants. | ) ) No. A-05- 047 Civil (JWS) |

**ORDER SHORTENING TIME FOR CONSIDERATION OF
PLAINTIFF'S MOTION FOR ORDER APPOINTING TONY JONES TO REPLACE
DENNIS MCCUSKER AS SUBSTITUTE CUSTODIAN**

Upon review of Plaintiff's Motion for Order Shortening Time for Consideration of Plaintiffs' Motion for Order Appointing Tony Jones to Replace Dennis McCusker as Substitute Custodian, and good cause appearing, it is hereby

ORDERED that Plaintiffs' Motion for Order Appointing Tony Jones to Replace Dennis McCusker as Substitute Custodian shall be considered on shortened time.

DATED this _____ day of April, 2006.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE