Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.,* | ) ) | IN ADMIRALTY |
| Defendants. | ) ) ) | No. A-05- 047 Civil (JWS) |

**PRAECIPE TO CLERK**

Upon the Court's order authorizing the issuance of an order appointing Tony Jones to replace Dennis McCusker as substitute custodian, please deliver two certified copies of the custodial order to the U.S. Marshal for service.

DATED at Anchorage, Alaska, this 18th day of April, 2006.

  s/ Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 4 / 18 /06, a copy
of the foregoing praecipe
was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

   s/Mark C. Manning