1. John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OURANIA, LLC, in personam, JOHN GALLIHER, in personam and URSA MINOR, Official Number 590767 her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, in rem,<br><br>Defendants. | Case No. A05-047 CV |

**OPPOSITION TO MOTION TO COMPEL**

Comes now defendant Ourania LLC and opposes the motion of plaintiff to compel discovery. Ourania LLC has now answered all of the discovery and provided all responsive documents to counsel for the plaintiff. This opposition is supported by the attached affidavit of Constantinos Giannopoulos as Exhibit A.

OPPOSITION TO MOTION TO COMPEL - Page 1 of 2
Global Seafoods North America et al
Case No. A05-047 CV

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.  DATED this _20_ day of April, 2006.

    HOLMES WEDDLE & BARCOTT

    _____
    John E. Casperson, ASBA #7910076
    Attorney for Defendants

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the _20th_ day of _April_____, 2006, a true and correct copy of the foregoing was sent via U.S. Mail and electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Mark C. Manning - manning@alaska.net, mmanning@gci.net
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, AK 99501

_____
Alegria Benton

G:\3895\15535\Pldg\CAPTION 4.5.05.doc

OPPOSITION TO MOTION TO COMPEL - Page 2 of 2
Global Seafoods North America et al
Case No. A05-047 CV

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008