John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GLOBAL SEAFOODS NORTH AMERICA, LLC,

                    Plaintiff,

     v.

OURANIA, LLC, in personam,
JOHN GALLIHER, in personam and
URSA MINOR, Official Number 590767
her equipment, gear, furniture, apparel,
fixtures, tackle, boats, machinery,
anchors and all appurtenances, in rem,

                    Defendants.

Case No. A05-047 CV

**AFFIDAVIT OF CONSTANTINOS GIANNOPOULOS**

STATE OF ALASKA     )
                 ) ss:
County of KODIAK ISLAND

    The undersigned, being first duly sworn upon oath deposes and says:

    I am the manager of Ourania LLC.  I have reviewed the motion to compel filed by

Global Seafoods.  I have been pressed by health issues and other business and have not

provided all of the documents requested prior to this time.  As of the date of my

AFFIDAVIT OF CONSTANTINOS
GIANNOPOULOS - Page 1 of 3
Global Seafoods North America et al
Case No. A05-047 CV

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

execution of this affidavit, I have sent all of the documents requested by Global to Mr. Casperson that I can find. I apologize to the court and counsel for Global for not getting this done sooner.

DATED this __6__ day of ~~March~~ *APRIL*, 2006.

_____
CONSTANTINOS GIANNOPOULOS

SUBSCRIBED AND SWORN to before me this 6th day of _April_, 2006.



_____
Print Name: Jessica Cortez
Notary Public in and for the State of Alaska, Kodiak
Residing at: 202 marine way Kodiak AK 99615
My Commission Expires: 7-4-09

AFFIDAVIT OF CONSTANTINOS
GIANNOPOULOS - Page 2 of 3
Global Seafoods North America et al
Case No. A05-047 CV

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.

2.     CERTIFICATE OF SERVICE

3.     The undersigned certifies under penalty of perjury
       of the laws of the State of Washington that, on the
4.     20th___ day of ___Apil_____, 2006,
       a true and correct copy of the foregoing was
5.     sent via U.S. Mail and electronically filed with the
       Clerk of Court using the CM/ECF system, which will
6.     send notification of such filing to the following:

7.     Mark C. Manning - manning@alaska.net, mmanning@gci.net
       Mark C. Manning, P.C.
8.     431 West 7th Avenue, Suite 204
       Anchorage, AK  99501
9.

10.

11.    Alegria Benton

12.    G:\3895\15535\Pldg\Affidavit 3.31.06.doc

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.    AFFIDAVIT OF CONSTANTINOS
       GIANNOPOULOS - Page 3 of 3
26.    Global Seafoods North America et al
       Case No. A05-047 CV