John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
jcasperson@hwb-law.com
(206) 292-8008
(206) 340-0289

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>OURANIA, LLC, in personam,<br>JOHN GALLIHER, in personam and<br>URSA MINOR, Official Number 590767<br>her equipment, gear, furniture, apparel,<br>fixtures, tackle, boats, machinery,<br>anchors and all appurtenances, in rem,<br><br>    Defendants. | Case No. A05-047 CV |

**CLAIM TO VESSEL**

Ourania, LLC, now appear and intervenes for itself as owner of the vessel URSA MINOR, Official Number 590767, and makes claim to the vessel URSA MINOR, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, as the same as proceeded against at the instance of Plaintiff. Claimant alleges that it is the true and bona fide sole owner of the vessel URSA MINOR and still is the true and bona fide sole owner of the vessel URSA MINOR, and that no other person is the owner thereof.

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. DATED this 30 day of May, 2006.

HOLMES WEDDLE & BARCOTT

_____
John E. Casperson, ASBA #7910076
Attorney for Ourania, LLC

CERTIFICATE OF MAILING

I hereby certify that on this _____ day of _____, 2006, a true and correct copy of the foregoing was sent via _____ to:

Mark C. Manning
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, AK 99501

_____/s/_____
John E. Casperson

G:\3895\15535\Pldg\Claim to Vessel.doc