Mark C. Manning  
MARK C. MANNING, P.C.  
431 W. 7th Ave., Ste 204  
Anchorage, Alaska 99501  
(907) 278-9794 Fax: 278-1169  
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT  
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| OURANIA, LLC, *et al.,* ) ) | IN ADMIRALTY |
| Defendants. ) ) | No. A-05- 047 Civil (JWS) |

**PROOF OF SERVICE ON DEFENDANT JOHN GALLIHER**

Plaintiff gives notice that personal service on Defendant Galliher was made on June 3, 2006, pursuant to Federal Rule of Civil Procedure 4(e)(1) and Alaska Rule of Civil Procedure 4(h), as shown on the attached Affidavit of Service.

DATED this 14th day of June, 2006, at Anchorage, Alaska.

    s/ Mark C. Manning  
Mark C. Manning  
MARK C. MANNING, P.C.  
431 West 7th Avenue, Ste. 204  
Anchorage, AK 99501  
Phone: (907) 278-9794  
Fax: (907) 278-1169  
manning@alaska.net  
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 3 / 30 /06, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

   s/Mark C. Manning