**ACA PROCESS SERVICE**
PO BOX 8890
KODIAK, AK 99615
907-486-6376
Fax 907-486-6252

GLOBAL SEAFOODS NORTH AMERICA, LLC,
                                 Plaintiff,

Vs

JOHN A. GALLIHER

                                 Defendant

Case # 3:05 CV 00047-JWS

Attorney firm/party requesting service: MARK C. MANNING, PC
Mail address: 431 W 7th AVE, ANCHORAGE, AK 99501
Telephone: 907-278-9794   Contact person: Meredith
List all documents to serve: ~~Summons and Complaint~~

Serve on: ~~JOHN A. GALLIHER~~   Date of birth: 2/19/1967
SSN: _____   Id/Drivers License #: _____   State: _____
Residence Address: ~~2933 Spruce Cape Rd~~   City: Kodiak   Phone: _____
Business/Work: _____   City: _____   Phone: _____
Additional directions: _____

*************************************************************

*Return of service*

I, the undersigned, hereby certify and return that I served the above listed documents, in the above captioned matter, by personally handing to and leaving a true and copy with:
[X] the person named above;
[ ] _____, _____ of the defendant, a person of suitable age and discretion who resides with the person named above; at _____
in Kodiak, Alaska, on 6/3, 2006, at 1:39 P.m.
Fees 45.00

Signature: Robert Reese
Print name and Title: Process Server

Subscribed and sworn to or affirmed before me at Kodiak, AK
on 6/5/06

Notary Public or Clerk of Court
My commission expires: 11/28/09

"OFFICIAL SEAL"
SHERYL GREENE
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES 11/28/2009

*************************************************************

**Fees**: Service fee 45.00   Mileage: _____   Investigation Fee: _____
Hours after two: _____   Miles after 25: _____   Other costs: _____
**Total fee for process** $ 45.00