## Anchorage Daily News
## Affidavit of Publication

1001 Northway Drive, Anchorage, AK 99508

5/26/2006

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 818075 | 05/26/2006 | | 2789794MAN | $164.32 | | | | | | |
| | | | | $164.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $164.32 |

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed /s/ C. L. Clark

Subscribed and sworn to me before this date:

May 30, 2006

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: 09/12/2007

/s/ Kimberly A. Kirby

[Notary seal: KIMBERLY A. KIRBY, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires Sept. 12, 2007]

---

In The United States District Court
District Of Alaska

GLOBAL SEAFOODS NORTH AMERICA, LLC,
Plaintiff,
v.
OURANIA, LLC,
in personam,
JOHN GALLIHER,
in personam,
and URSA MINOR,
official number 590767,
her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances,
in rem,
Defendants.

No. A-05-0047 Civil (JWS)
In Admiralty

**NOTICE OF ARREST TO PERSONS WITH AN INTEREST IN THE VESSEL**

On May 10, 2006, acting pursuant to processes issued in the above case, the U.S. Marshal arrested the URSA MINOR, official number 590767, together with its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, now lying at Kodiak, Alaska, in an admiralty and maritime case to foreclose necessaries liens to recover indebtedness to Plaintiff of approximately $48,437.30, plus additional interest, lawyers' fees and costs. Plaintiff's counsel is Mark C. Manning, 431 W. 7th Avenue, Suite 204, Anchorage, Alaska 99501, phone (907) 278-9794.

The verified claim, or statement, of a person who is entitled to a right of possession of the vessel, or who claims an interest under Supplemental Rule (C)6 of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, must be filed with the Clerk of the captioned court and served on Plaintiff's counsel within ten (10) days of the date of publication of this Notice, or within such additional time as may be allowed by the court. An answer to the complaint must be filed and served within twenty (20) days after publication, or such other time as the court may order, otherwise default may be entered and condemnation ordered. Except that a person who asserts a right of possession or any ownership interest must serve an answer within twenty (20) days after the filing of the statement of interest or right; otherwise, default may be entered or condemnation ordered. Applications for intervention under Federal Rule of Civil Procedure 24 by persons claiming maritime liens or other interests must be filed within the time fixed by the court.

Publish: May 26, 2006