John Galliher
2933 Spruce Cape Rd.
Kodiak, AK 99615

RECEIVED

JUN 2 2 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Filed in the Trial Courts
STATE OF ALASKA, THIRD DISTRICT

JUN 1 9 2006

By _____ Clerk of the Trial Courts
_____ Deputy

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

GLOBAL SEAFOODS NORTH )
AMERICA, LLC, )
 )
      Plaintiff, )
 )
V. )
 )   IN ADMIRALTY
 )
JOHN GALLIHER, )   No. A-05-0047 Civil (JWS)
 )
      Defendant. )
_____ )

**STATEMENT OF DEFENDANT JOHN GALLIHER**

In approximately November of 2004, Donna Jones, then plant manager of Global Seafoods, called me to talk about putting the F/V Ursa Minor together. The owner (Ourania, LLC, more particularly Constantinos Giannpolous) did not know how to run or even care for the vessel and he owed the cannery money. He had approached me several times in the year preceding the phone call from Donna about running the boat for him. I got the boat running for the cannery and for the owner. The "Second Amended Complaint" alleges that the owner and I had an agreement for me to purchase the vessel. That is patently untrue. I had no monetary interest in the boat. I didn't own any part of the vessel and until this action had not known that charges to the vessel were in my name. I was a hired skipper pure and simple. I made approximately six cod fishing trips with the vessel, for the owner and Global in the winter of 2004/2005. The 2005 Tanner crab fishery began late due to a fisherman's strike, but eventually we delivered approximately 27,000 pounds to Western Alaska Fisheries (at $1.95 per lb.), again a contract that was not in my name. Later that spring (2005) Mr. Giannpolous told me he had acquired a 30 day tendering contract with Leader Creek Fisheries in Naknek, AK for salmon. That contract was between Leader Creek and Mr. Giannopolous. My name was not on the contract. I had a separate contract as the hired skipper.

At the end of the tendering contract I brought the vessel back to Kodiak, per the "Hired Skipper" contract I had with Mr. Giannopolous. The following December, Mr. Giannopolous procured, again in his name, a contract with Island Seafoods for tendering

cod, with me as the skipper. There was no contract between the two us, but the verbal agreement was that all expenses were to come off the top and I would receive a percentage.

On the way to the tendering grounds the vessel blew the starboard main engine and I had to return to port. That was my last trip on the vessel. The engine needed replaced and the owner didn't acquire another one to be installed. I was done with the vessel. There was never an agreement for me to purchase or become part owner of the vessel. It would have been financially impossible for me in any case. It is not my fault, or even my responsibility that the owner did not pay his past due bills with Global Seafoods, and I think that Global Seafoods is trying to erroneously infer that I was somehow an "owner" of the vessel to recoup their losses. That is simply not true. Mr. Giannopolous was receiving close to $3,000.00 a day for the term of the Leader Creek contract. He could have begun to pay Global back , but for whatever reason chose not to. Not to mention the money he made with the tanner crab fishery. His bills are not mine and I have not received a single bill regarding any charges that Global alleges in this action that I owe. Why would they not bill an open account? Mr. Giannoplous' testimony in this action is completely inaccurate, as is Global Seafoods.

I am leaving for Bristol Bay, on another vessel as the hired skipper and won't return to Kodiak until early August of 2006. I would hope that I would not have to defend myself further. I reiterate that I did not have any interest whatsoever in this vessel at any time and I wish to be removed as a defendant in this action.

DATED this 15th day of June 2006.

_____
John Galliher

Cc: Mark Manning, PC
431 W. 7th Ave. , Ste. 204
Anchorage, AK  99501