1. John E. Casperson
2. HOLMES WEDDLE & BARCOTT
3. 999 Third Avenue, Suite 2600
   Seattle, Washington 98104
   (206) 292-8008
4. 
5. Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OURANIA, LLC, in personam,<br>JOHN GALLIHER, in personam and<br>URSA MINOR, Official Number 590767<br>her equipment, gear, furniture, apparel,<br>fixtures, tackle, boats, machinery,<br>anchors and all appurtenances, in rem,<br><br>Defendants. | Case No. A05-047 CV |

## OWNER'S ANSWER

Comes now Ourania LLC as Owner of the URSA MINOR and restates, realleges and reavers its earlier Answer to Plaintiff's Amended Complaint filed at Docket No. 34 as though fully set forth herein.

//

//

DEFENDANT OURANIA, LLC'S SUPPLEMENTAL ANSWER
TO SECOND AMENDED COMPLAINT - Page 1 of 2
Global Seafoods North America et al
Case No. A05-047 CV

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. DATED this 22nd day of June, 2006.

   HOLMES WEDDLE & BARCOTT

   _____ #910100
   John E. Casperson, ASBA #7910076
   Attorney for Defendants Ourania, LLC and
   Ursa Minor, O.N. 590767

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 22nd day of June, 2006, a true and correct copy of the foregoing was sent via U.S. Mail and electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Mark C. Manning
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, AK 99501

/s/
_____
WILLIAM D. DE VOE

G:\3895\15535\Pldg\Supplemental Answer to 2nd Amended Complaint 6.22.06.doc

DEFENDANT OURANIA, LLC'S SUPPLEMENTAL ANSWER
TO SECOND AMENDED COMPLAINT - Page 2 of 2
Global Seafoods North America et al
Case No. A05-047 CV

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008