

August 26, 2006

Clerk of Court
US Court
222 West 7th Ave
Room 229
Anchorage, AK 99501

RECEIVED

AUG 3 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Clerk of Court:

Re: Richard Scott Nicholson, v. Giannopoulos, C. ,dba/F/V Ursa Minor
    Case # A-05-0047

I am contacting you to put a mechanics lean on the F/V Ursa Minor. I was hired at $15.00 an hour to make the boat sea worthy doing electrical, plumbing, welding, hydraulic and mechanical jobs. I was not hired to fish on the boat. I worked on the boat from October 18, 2003 until December 20, 2003. I averaged 10 hours per day for a total amount of 630 hours. The amount earned was $9,450.00. I was paid $1,075.00 while on the boat. I was unable to collect the balance due. I then turned it over to the State of Alaska Department of Labor and Work Force Development in January 2004. Constantinos Giannopoulos agreed to pay $250.00 per month until balance was paid which had to be sent to the State of Alaska Department of Labor and Work Force Development. I received one check for the amount of $250.00 in February 2006. No payment has been made since then. That leaves a balance of $8,125.00. I would like to be paid in full with compound interest if possible.

If additional information is needed you may contact Nathan at Alaska Wage and Hour. Nathan's phone number is ███████████. If a witness is needed you may contact Bruce Martin, Seward, AK. His phone number is: ███████████.

Please send payment to:
Richard Scott Nicholson
███████████
███████████
███████████

I appreciate the resolution to this matter.

Respectfully,



Richard Scott Nicholson

Enc.

CLAIMANT  Mr. ✓ Ms.___ Mrs.___  Your Name _Richard Scott Nicholson_
Date of Birth _[redacted]_  Social Security No. _[redacted]_
Mailing Address _[redacted]_ (ZIP) _____
Phone No. _____  Permanent Contact Name/No. _____
Your Email Address _____

**EMPLOYER**
Name of Business _Gianopolis, C. dba F/V Ursa Minor_  Incorporated? _yes_
Address Where Employed _Kodiak, AK  99615_
Phone No. _(907) 486-3538_ (Attach map or directions if difficult to find)
Company Mailing Address _Kodiak, AK_ (zip) _99615_
Business Owner _Costas Giannopolous_

**EMPLOYMENT**
Who Hired You? _Dave Othness / Costas Giannopolous_  Phone No. _(907) 486-3538_
Who Was your Supervisor? _Dave Othness_  Phone No. _N/A_
City Where Hired _Kodiak_  Date of Hire _10/18/03_
Did your employer have 4 or more employees at the time you worked there? _3 to 4_
Your Occupation (when employed by this employer) _Do whatever was need to get boat fishable_
Why did Employment End? _could not get money owed to me_
                                                        Date _12/20/03_
Have You Asked For Your Wages? _yes_  Date _last time 6/10/04_
Employer's Reply _owe him 20 days. That the boat he had just started fishing in Bristol Bay._

If you were you working on a fish processor, were you working outside the 3-mile limit?
Yes___  No _✓_  Don't Know___  (Docked in 63 days)

**WAGE AGREEMENT**
Wage Promised When Hired $ _15_ per: (✓) hour ( ) day ( ) week ( ) month ( ) other _____
Room and Board Provided? _yes_  Rate Charged _included with wage_  Per _____
Wage Rate at Time of Termination $ _15.00 hr_

Enter the hours you usually worked daily and weekly (less meal breaks).

| S | M | T | W | TH | F | S | WEEK'S TOTAL |
|---|---|---|---|---|---|---|---|
| same | 8-10 | same | same | same | same | same | 60-70 hr/wk |

What is your regularly scheduled payday? Weekly___ Bi-Weekly (i.e. every other Friday ___ Twice a Month i.e. 1st and 15th)___ Monthly___ Other _Daily_
Do You Have a Personal Record of Your Hours? _____ (If so, please provide).

## WAGES CLAIMED
## CALCULATION SHEET

From ___Oct 18___, 20_03_, through ___Dec 20___, 20_03_

  Straight-time hours _630_  @ $_15.00_ per hour  = $_9,450.00_

  Overtime hours _____ @ $_____ per hour = $_____

*(Use lines below if you had more than one rate of pay)*

  Straight-time hours _____ @ $_____ per hour = $_____

  Overtime hours _____ @ $_____ per hour = $_____

  Straight-time hours _____ @ $_____ per hour = $_____

  Overtime hours _____ @ $_____ per hour = $_____

**PLUS (if applicable)**

_____ Vacation hours  @ $_____ per hour = $_____

Return Transportation cost    $_____

Bonus (show method of bonus calculation in notes section below)  $_____

Commissions (show method of calculation in notes section below)  $_____

Other (explain in notes section below)  $_____

                                             Sub-Total  $_____

Less wages, advances, room and board, etc.     (-)  $ ~~pay~~ $1075.00
Itemize: _$1,080.00 room & board were part of deal._

**TOTAL AMOUNT CLAIMED**                            $_5375.00_

Notes: _I received 2 - 300.00 Draws, 125.00, 200.00, and 3 - 50.00 A total of $1,080.00 which leaves a balance of $8,370.00. I have given the Owner Ample amount of time to pay. He said he would Pay around end of June 2004 which he never did. He owes another crew member over $10,000.00 his Name is Bruce Martin. He can be reached for comment at (■■■■■■■). Since It has taken so long I would like interest Charged and a mechanics lean on the boat_

## STATEMENT OF CLAIMANT

In your own words, briefly describe your complaint, such as: why your employer won't pay you; whom you asked for your wages and how much you are owed, etc. (A copy of this will be provided to the employer.)

PLEASE PRINT IN INK OR TYPE.

STATEMENT: I ran into Dave Ottness in Kodiak on Oct. 16, 2003. He had previously worked on deck with me in Sand Point, AK and told me since we didn't make much money there he would pay me this winter and give me room and board on the boat if I would help him get it fishable. Then I agreed and moved my belongings on the boat on Oct 18, 2003. I was doing everything from welding, electrical, mechanical, plumbing, and fiber glass work averaging around 10 hrs a day. When we were in Kodiak they received a $3,000.00 draw from Globle Seafood. Any time we would find Dave Ottness in the bar he would be ringing the bell buying everyone in the bar drinks but said he had no money for us and that we would have to wait until the boat was fishing. That was not the deal. I never said I would fish with him. Are deal was for me to help him get the boat fishable. When we got the boat fishable, we took it to Cordova to pick up 60 pots, and we would be there 2 days when we got he (Dave Ottness) and his stuff and got a room at the Alaska Bar/Hotel for 12 b

(over)

I HAVE WRITTEN THE ABOVE STATEMENT, AND IT IS TRUE.

_Richard Scott Nicholson_
Claimant's Signature

SUBSCRIBED AND SWORN BEFORE ME THIS ___ DAY OF _Jan_, 20__.

_____
Notary Public in and for the State of Alaska

My Commission expires: _____

**TOP OF FORM -- START WRITING HERE**

STATEMENT (CONTINUED)

The same thing happened there. Every time we would go to the bar to find him he would be ringing the bell buying people in the bar drinks, but had none for the crew. On the Twelfth day when he returned to the boat about 11:30 P.M. on Dec. 19 2003 I had some words with him about my money. He left again to the hotel. The next day the police showed up and told me I wasn't in any trouble but needed to get my belongings off the boat. They gave me a ride to the motel but wouldn't let me out of the car. The Officer said they would go in and get me of my money. They came out with just $300.00 and took me to the airport. I haven't received any of my money since. 1st witness Bruce Martin /crew member (901) 224-5295. And Monty Unun I'm not sure how to get ahold of. ~~I would like to~~ I talked to the Owner ~~Curtis~~ ~~Grammly~~ Giannopolous in June and he said give him 20 days and he would pay me. I called him 30 days later and he said the boat only fish two days before ~~truck~~ a generator had broke and told me to call him in a week. at his house in Kodiak at ( ████████ ). His wife would always say he wasn't there. Since then he has gone to his house in Greece approximately 3 months I was told from some one at his ~~house~~ in Kodiak. I would like to put a mechanics lean on the boat and be paid with compound intrest.

*Richard Scott Nickokon*

## ASSIGNMENT OF WAGE CLAIM

I, _Richard Scott Nicholson_ _____
(name)

now living at _[redacted]_ _____,
(address)

I, _Richard S. Nicholson_ do hereby transfer and assign to the State of Alaska, Dept. of Labor & Workforce Development any and all rights, claims, or causes of action under (1) A.S. 23.05.220, such as claim for wages, mechanic's or employee's lien, return of worker's tools, vacation pay or severance pay; under (2) A.S. 23.10.050-150, such as minimum wages, overtime or illegal deductions; or under (3) A.S. 23.10.380, such as return transportation and/or subsistence that I may have arising out of my employment for _T/L USA minor_ _____
(employer)

I worked as a _maintenance mechanic_ at _Kodiak_ , Alaska, f
(job description)                                          (location)

_Oct 18_ , 20_05_, to _Dec 20_ , 20_0/_. The amount due me is al
(first day worked)              (last day worked)

$ _3,300.00_ , plus interest and any penalties or other remedies allowed by law.
(amount) $375.00 cah

I hereby permit the Alaska Department of Labor & Workforce Development, at its own expense, to collect and receive monies due and owing to me from this employment and to take any and all actions which I might have or could have taken.

I give the Alaska Department of Labor & Workforce Development the power to settle, without my further approval, my wage claim for less than the full value, including interest and penalties. I agree that once the Department reaches a settlement, I forfeit any other chance to collect on my claim. I further agree that any costs or legal fees that may be collected by the Department of Labor & Workforce Development shall become the property of the State of Alaska.

My signature on the Assignment attests that I have read this document and agree fully to its terms.

This Assignment is executed under the authority of A.S. 23.05.060, A.S. 23.05.140 - 250, A.S. 23.10.110 and A.S. 23.10.380.

SIGNED AT _____, Alaska this ___ day of _January_, 20_05_
(city)

_Richard Scott Nicholson_
Claimant's Signature

Accepted by
STATE OF ALASKA:
DEPT. OF LABOR & WORKFORCE DEVELOPMENT

By: _____
Labor Standards & Safety Division

Subscribed and sworn to before me in the place and date above written.

_____
Notary Public in and for Alaska
My Commission expires: _7/26/05_