Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.,* | ) ) | IN ADMIRALTY |
| Defendants. | ) ) | No. A-05- 047 Civil (JWS) |
| | ) | |

**RESPONSE TO NICHOLSON CLAIM**

On August 30, Richard S. Nicholson filed what appears to be a necessaries lien claim for labor performed on the *in rem* defendant.  To pursue such a claim, Nicholson must move to intervene.  He has not done so, and Global would object to his pursuit of his claim without first obtaining a timely order permitting intervention.

If the court were inclined to treat Nicholson's filing as a motion to intervene, Global would oppose intervention at this point because there would be insufficient time remaining after any order permitting intervention  to conduct discovery into the claim, given that discovery is scheduled to close on October 2, 2006.  Global has no knowledge of the facts or evidence pertaining to Nicholson's claim.  If required to file an answer to the claim, Global would enter a general denial, for lack of information or knowledge sufficient to form a belief as to the truth of the allegations, and would also interpose the affirmative defense of laches.

Nicholson had timely notice through his agent of the pendency of this claim on July 10, 2006.  As evidenced by the form attached to his claim in this action, his claim for unpaid wages had previously been lodged with the Alaska Department of Labor.  Plaintiff's counsel

discussed this action by phone with the Department of Labor official in charge of pursuing

the claim on July 10, 2006.  A copy of the NOTICE OF ARREST TO PERSONS WITH AN

INTEREST IN THE VESSEL was mailed to the official on that date.

Global respectfully requests that the court not allow Nicholson to pursue his claim

for lack of having filed a timely motion to intervene.

DATED this 6th day of September, 2006, at Anchorage, Alaska.


 s/ Mark C.  Manning   m
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066


CERTIFICATE OF SERVICE

I hereby certify that, on 9 / 6 /06, a copy
of the foregoing motion and related papers
was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

Richard S.  Nicholson
2504 Christie Circle
Birmingham, AL 35216


   s/Mark C. Manning