Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.,* | ) ) | IN ADMIRALTY |
| Defendants. | ) ) ) | No. A-05- 047 Civil (JWS) |

**JOINT STATEMENT OF ISSUES**

Global is authorized to report to the court on behalf of Ourania, as well as for itself, that the following issues are expected to be addressed at trial.  Plaintiff's counsel has not heard from co-defendant Galliher on this subject.  He does not appear to have a telephone. He was to have contacted Plaintiff's counsel upon returning from Bristol Bay, which was expected to be by the second or third week in August, but nothing has been heard from him. Accordingly, this report does not necessarily identify issues he may wish to address.

1. Did Plaintiff agree to resolve the claims asserted herein against Ourania?

2. Did Plaintiff incur all of the charges it seeks to recover against Ourania?

3. Is Plaintiff entitled to recover charges from Ourania when the vessel was under the control of John Galliher?

4. Is John Galliher responsible for some of the claims made by Plaintiff?

Global notes further that at least some particulars of the following items may also prove to be at issue:

5. Proof of each of the bills for which Global asserts one or more defendants are liable, and the payment thereof.

6.      Proof that payment of the particular bills gave rise to maritime liens against the *in rem* defendant.

7.      Is Global estopped from making any of its claims?

8.      Did Global waive any of its claims?

This statement assumes that the Nicholson claim is not now at issue in this case.  If it were, then Global would contest all its particulars at this point.

DATED this 6th day of September, 2006, at Anchorage, Alaska.


  s/ Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 9 / 6 /06, a copy
of the foregoing motion and related papers
was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

Richard S.  Nicholson
2504 Christie Circle
Birmingham, AL 35216


    s/Mark C. Manning