

RECEIVED

SEP 1 8 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE ALASKA

2504 Christie Cir.
Birmingham, AL  35216
September 12, 2006

Clerk of Court
US Court
222 West 7th Ave.
Room 229
Anchorage, AK 99501

Clerk of Court:

Re: Richard Nicholson, v. Giannopoulos, C. dba/F/V Ursa Minor.
    Case # A-05-0047

I am contacting you in regards to case # A-05-0047. I received a letter from the
office of Mark C. Manning stating that my claim is not an issue in this case. I filed
my lien as soon as I was notified of the arrest of the boat. Mr. Giannopoulos had
addmitted to Alaska Wage and Hour he owed me the wages.  I received one
check of $250.00 from Mr. Giannopoulos which was issued through Alaska
Wage and Hour.  I am still owed a balance of $8,125.00 for mechanical work
performed on the boat.   Please send check as soon as the boat is auctioned.

I appreciate the resolution to this matter.

Respectfully,

*Richard Scott Nicholson*

Richard Scott Nicholson