Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, <br>         Plaintiff, <br><br> v. <br><br> OURANIA, LLC, *et al.*, <br><br>         Defendants. | IN ADMIRALTY <br><br> No. A-05- 047 Civil (JWS) |

**DECLARATION IN SUPPORT OF MOTION FOR
HEARING ON SHORTENED TIME OF PLAINTIFF'S MOTION FOR
INTERLOCUTORY SALE**

Mark C. Manning states the following under oath:

1. I am counsel of record for Plaintiff, and am authorized to make this declaration on Plaintiff's behalf.

2. Local Rule 7.2 (c) is addressed as follows:

(I) Shortened time is needed because continued custody of the vessel will expose it to deterioration and will result in additional substantial and likely unrecoverable custody costs. Further, prompt sale is desirable to avoid the need and expense for winterization and risk presented by increasingly inclement weather. Plaintiff has withheld a motion to sell the vessels until the 4 month opportunity to arrange a bond provided for by *United States v. F/V FORTUNE*, 1987 A.M.C. 2351, 2352 (D. Alaska 1987) has expired. The marshal's return in this matter reflects that the vessel was arrested on May 10, 2006.

(ii) Plaintiff does not perceive that interlocutory sale presents a problem to be worked out with other parties.

(iii) My understanding based on an e-mail from Claimant Ourania's counsel is that

Claimant will not oppose the motion for interlocutory sale.

(iv) A date of significance to this motion is September 29, 2006. Global's counsel would need to be apprized of a favorable ruling on the motion by this date in order to safely arrange for the required publications before the proposed October 11 sale date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2006.

Mark C. Manning