Mark C. Manning  
Mark C. Manning, P.C.  
431 W. 7th Ave., Ste 204  
Anchorage, Alaska 99501  
(907) 278-9794 Fax: 278-1169  
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT  
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, )<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>OURANIA, LLC, *et al.,* )<br>)<br>　　　　Defendants. )<br>_____) | <br><br><br><br><br><br>IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

**ORDER SHORTENING TIME FOR CONSIDERATION OF PLAINTIFF'S MOTION FOR INTERLOCUTORY SALE**

Upon review of Plaintiff's MOTION FOR HEARING ON SHORTENED TIME for consideration of Plaintiff's MOTION FOR INTERLOCUTORY SALE, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

Dated: _____   By: _____  
　　　　　　　　　　　　　　　　　　　JOHN W. SEDWICK  
　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE