Mark C. Manning  
Mark C. Manning, P.C.  
431 W. 7th Ave., Ste 204  
Anchorage, Alaska  99501  
(907) 278-9794 Fax: 278-1169  
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT  
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| OURANIA, LLC, *et al.*, ) ) | IN ADMIRALTY |
| Defendants. ) ) | No. A-05- 047 Civil (JWS) |

**MOTION FOR INTERLOCUTORY SALE**

Plaintiff moves pursuant to Supplemental Rule E (9)(b) for an order for the immediate interlocutory sale of the <u>in</u> <u>rem</u> defendant in this action as soon as possible, because 4 months have passed since arrest without release of the vessel. This motion is supported by the verified second amended complaint and the accompanying memorandum and declaration of Mark Manning.

DATED this 14th day of September, 2006, at Anchorage, Alaska.

                                                       s/ Mark C. Manning  
                                                       Counsel for Plaintiff  
                                                       MARK C. MANNING, P.C.  
                                                       431 West 7th Avenue, Ste. 204  
                                                       Anchorage, AK 99501  
                                                       Phone: (907) 278-9794  
                                                       Fax: (907) 278-1169  
                                                       manning@alaska.net  
                                                       ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 9 / 19 /06, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

Richard S. Nicholson
2504 Christie Circle
Birmingham, AL 35216

   s/Mark C. Manning