Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>OURANIA, LLC, *et al.*,<br><br>        Defendants. | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

**DECLARATION IN SUPPORT OF MOTION FOR INTERLOCUTORY SALE**
**28 U.S.C. § 1746**

Mark C. Manning states the following under oath:

1. I am counsel of record for Plaintiff, and am authorized to make this declaration on Plaintiff's behalf.

2. My understanding is that claimant Ourania will not oppose interlocutory sale, based on an e-mail from Ourania's counsel in response to my query about Ourania's position on interlocutory sale. I have received no indication of whether Ourania will oppose credit bidding by Global.

3. The monthly cost of keeping the vessel in Kodiak, if no breakdown or other special needs arise, is at least $1,400.00, exclusive of moorage which may or may not be charged. In addition, winterization measures should be implemented as the weather grows colder.

4. In my experience, which involves foreclosing maritime liens since 1981, exposure of vessels to deterioration while they are in custody is well-recognized. A vessel in custody also can attract thieves and vandals.

5. Also in my experience, it is advantageous to sell vessels whose trade is in the

Alaska commercial fishing industry in ample time for work that may be needed so the vessels will be ready to operate in the spring.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 19th day of September, 2006, at Anchorage, Alaska.

_/s/ Mark C. Manning_
Mark C. Manning

2