Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,     )<br>                                                               )<br>              Plaintiff,             )<br>                                                               )<br>     v.                                                    )<br>                                                               )<br>OURANIA, LLC, *et al.,*         )<br>                                                               )<br>              Defendants.      )<br>_____ ) | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

**NOTICE OF SALE PERTAINING TO
PLAINTIFF'S MOTION FOR INTERLOCUTORY SALE**

Attached hereto is a Notice of Sale that Plaintiff proposes the court use in connection with the interlocutory sale of the defendant vessel.

DATED this 14th day of September, 2006, at Anchorage, Alaska.

  s/ Mark C.  Manning
Counsel for Plaintiff
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on 9 /19 /06, a copy
of the foregoing was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

Richard S. Nicholson
2504 Christie Circle
Birmingham, AL 35216

    s/Mark C. Manning