# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

GLOBAL SEAFOODS NORTH AMERICA, LLC., v. OURANIA, LLC.,

Case No. 3-05-cv-00047-JWS-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**Docket Nos 72 and 76**
Regarding Notice of Claim

At Docket No. 76, plaintiff Global Seafoods North filed a response/opposition regarding Nicholson's filing of a claim at Docket No. 72. The court deems Mr. Nicholson's notice of claim as a request to intervene. This claim and motion to intervene was filed more than 10 days after the Notice of Arrest was published on May 26, 2006, (Docket No. 66) and the case is already at issue. Accordingly, the motion to intervene is DENIED as untimely.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

September 19, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CV\3-05-cv-00047-JWS-JDR GLOBAL @72 & 76  Order Denying Intervention.wpd