John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>OURANIA, LLC, <u>in personam</u>,<br>JOHN GALLIHER, <u>in personam</u> and<br>URSA MINOR, Official Number 590767<br>her equipment, gear, furniture, apparel,<br>fixtures, tackle, boats, machinery,<br>anchors and all appurtenances, <u>in rem</u>,<br><br>                Defendants. | Case No. A05-047 CV |

**<u>DEFENDANT OURANIA LLC'S MOTION FOR REQUEST FOR TELEPHONIC PARTICIPATION</u>**

The undersigned counsel for Defendant Ourania LLC requests, pursuant to D.Ak. LR 7.2, counsel, John E. Casperson, be allowed to participate in the hearing scheduled for September 29, 2006, at 9:30 a.m., by telephone. The reason for this request is to allow counsel to attend without the necessity of travel to Alaska. There would be no substantial prejudice to any party by the telephonic participation.

DEFENDANT OURANIA LLC'S MOTION FOR REQUEST
FOR TELEPHONIC PARTICIPATION
Case No. A05-047 CV(JDR)- Page 1 of 1

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. DATED this 27 day of September, 2006.

HOLMES WEDDLE & BARCOTT

John E. Casperson, ASBA #7910076
Attorney for Defendant, Ourania LLC

10. CERTIFICATE OF SERVICE

11. The undersigned certifies under penalty of perjury
of law, on the 27th day of September, 2006,
12. a true and correct copy of the foregoing was
sent via electronically filed with the
13. Clerk of Court using the CM/ECF system, which will
send notification of such filing to the following:

Mark C. Manning
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, AK 99501
manning@alaska.net, mmanning@gci.net

**U.S. MAIL ONLY TO:**
John A. Galliher
2933 Spruce Cape Road
Kodiak, Ak 99615

Richard Scott Nicholson
2504 Christie Cir
Birmingham, AL 35216

_____/s/_____
John E. Casperson

G:\3895\15535\Pldg\Motion for Tele Participation 9.26.06.doc

DEFENDANT OURANIA LLC'S MOTION FOR REQUEST
TELEPHONIC PARTICIPATION
Case No. A05-047 CV(JDR)- Page 2 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008