John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>OURANIA, LLC, in personam,<br>JOHN GALLIHER, in personam and<br>URSA MINOR, Official Number 590767<br>her equipment, gear, furniture, apparel,<br>fixtures, tackle, boats, machinery,<br>anchors and all appurtenances, in rem,<br><br>　　　　　　　Defendants. | Case No. A05-047 CV |

### ORDER ALLOWING DEFENDANT OURANIA LLC'S MOTION FOR REQUEST FOR TELEPHONIC PARTICIPATION

Defendant Ourania LLC's request for telephonic participation at the hearing scheduled for September 29, 2006 at 9:30 a.m. having come before the Court and any opposition thereto,

**IT IS HEREBY ORDERED** that counsel for Defendant Ourania LLC is allowed to participate in the hearing by telephone.

ORDER ALLOWING DEFENDANT ICICLE
SEAFOODS, INC.'S MOTION FOR REQUEST
Case No. A05-047 CV(JDR)- Page 1 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.   DATED this _____ day of _____, 2006.

2.

3.   _____
     The Honorable John D. Roberts
4.   United States District Judge

5.

6.

7.

8.   CERTIFICATE OF SERVICE

9.   The undersigned certifies under penalty of perjury
10.  of law, on the 27th day of September, 2006,
     a true and correct copy of the foregoing was
11.  sent via electronically filed with the
     Clerk of Court using the CM/ECF system, which will
12.  send notification of such filing to the following:

13.  Mark C. Manning
     Mark C. Manning, P.C.
14.  431 West 7th Avenue, Suite 204
     Anchorage, AK  99501
15.  manning@alaska.net, mmanning@gci.net

16.  **U.S. MAIL ONLY TO:**
     John A. Galliher
17.  2933 Spruce Cape Road
     Kodiak, Ak 99615
18.

     Richard Scott Nicholson
19.  2504 Christie Cir
     Birmingham, AL 35216
20.

21.  _____/s/_____
     John E. Casperson
22.

23.  G:\3895\15535\Pldg\Prop Order Allowing Tele PArticipation 9.27.06.doc

24.

25.

26.

ORDER ALLOWING DEFENDANT ICICLE
SEAFOODS, INC.'S MOTION FOR REQUEST
Case No. A05-047 CV(JDR)- Page 2 of 2

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008