```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

 GLOBAL SEAFOODS NORTH AMERICA LLC    vs.    OURANIA LLC ET AL

BEFORE THE HONORABLE  JOHN D. ROBERTS   CASE NO. 3:05-cv-00047-JWS

DEPUTY CLERK/RECORDER:         APRIL KARPER

APPEARANCES:    PLAINTIFF:     MARK C. MANNING

                DEFENDANT:     JOHN E. CASPERSON - TELEPHONIC

PROCEEDINGS: HEARING ON MOTION FOR INTERLOCUTORY SALE OF VESSEL
             (DKT 79) HELD SEPTEMBER 29, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:36 a.m. court convened.

Court and counsel heard re plaintiff's non-opposed Motion for
Interlocutory Sale of Vessel (docket 79); **GRANTED.** Court
authorized the sale of vessel for October 11, 2006; advertisement
must start September 30, 2006; court to sign an order
accordingly.

Court and counsel heard re non participation of co-defendant,
negotiations of a deal, and plaintiff's intentions of dismissing
case without prejudice and filing in small claims court in
Kodiak.

Court heard; Status Report due **November 1, 2006** unless action has
already been made.

At 9:42 a.m. court adjourned.

DATE:  September 29, 2006        DEPUTY CLERK'S INITIALS:    ak