IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br>           Plaintiff,<br><br>v.<br><br>OURANIA, LLC, *et al.*,<br><br>           Defendants. | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

### ~~PROPOSED~~ ORDER SCHEDULING INTERLOCUTORY SALE OF DEFENDANT VESSEL

The Court having considered the Plaintiff's MOTION FOR INTERLOCUTORY SALE, and the papers relating to that motion,

IT IS HEREBY ORDERED as follows:

1. The defendant vessel and its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and appurtenances shall be sold as is, where is, free and clear of any liens, claims, maritime liens, rights *in rem*, rights of redemption or encumbrances whatsoever by the U.S. Marshal for the District of Alaska at the Federal Courthouse, 222 West 7th Avenue, Anchorage, Alaska, at the 7th Avenue entrance on October 11, 2006, at 10:00 a.m.

2. The clerk of this court shall issue a writ of *venditioni exponas* to the Marshal for such public sale of the Defendant vessel, and its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and appurtenances, in accord with Local Admiralty Rule (e)-14 to the highest and best bidder, who shall be a citizen of the United States, qualified to document vessels under United States law as provided by 46 U.S.C. §31329.

3. Plaintiff shall publish as soon as reasonably possible the attached NOTICE OF SALE in accord with Local Admiralty Rule (e)-14(b). Plaintiff may publish, at its option, additional notice of the sale in a manner and form of its choosing.

4. The sale is subject to confirmation by the court. The vessel's custodian shall, during reasonable business hours, allow prospective purchasers to board the vessel <u>at their own risk</u> for the purpose of inspecting it.

5. The highest and best bidder other than any credit bidder must immediately pay the Marshal, by cash, certified check or cashier's check, the full purchase price if it is $1,000.00 or less, and if more, must pay the greater of $1,000.00 or at least 10% of the bid within a reasonable time set by the marshal. The balance will be paid in accord with Local Admiralty Rule (e)-14. If the sale is confirmed, the deposit will be applied to the purchase price. If the sale is not confirmed, the deposit will be returned to the bidder at once. If the bidder fails to pay the balance due and because of his default a new sale is ordered, the deposit will be forfeited and applied to pay the costs of resale.

6. The U.S. Marshal's office in Anchorage is authorized to receive any written bid delivered to it by close of business the day before the sale date set in paragraph 1 above, if it is accompanied by a certified check or a cashier's check for at least 10% of the bid. The written bid shall not be disclosed until commencement of the sale. If the bid is not accepted, the check shall be returned to the bidder at once.

7. Plaintiff Global Seafoods is authorized to bid at the sale in offset up to the sum of $ 27,400.00 plus its arrest and custodial costs accrued through the date of sale.

8. The proceeds of sale shall be paid to the registry of the court to be disposed of according to further order of the court. The Marshal shall submit a bill of his charges to the court.

Sept. 29, 2006
DATE

/s/ John D. Roberts
SIGNATURE REDACTED
UNITED STATES MAGISTRATE JUDGE

2

ORDER SCHEDULING INTERLOCUTORY SALE OF VESSEL
3-05-cv-00047-JWS-JDR    Signed by Judge John D. Roberts    09/29/2006; Page 2 of 2