Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, )<br>          Plaintiff, )<br>          )<br>   v.         )<br>          )<br>OURANIA, LLC, *et al.*, )<br>          )<br>          Defendants. ) | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

**MOTION TO RE-SCHEDULE INTERLOCUTORY SALE**

Plaintiff moves pursuant to Supplemental Rule E (9)(b) for an order to re-schedule the interlocutory sale of the in rem defendant in this action for November 2, 2006, or, if the court is not able to act on this motion before noon October 23, 2006, then on November 7, 2006. This motion is supported by the verified second amended complaint and the accompanying memorandum and declaration of Mark Manning.

Global believes this motion will not be opposed. Ourania, the only claimant to the vessel, has agreed not to oppose Global's sale of the vessel. Co-defendant Galliher is not reachable by phone, but claims no interest in the vessel and gave no formal or informal indication of opposition to Global's Motion for Interlocutory Sale. Lien claimant Nicholson's effort to intervene was denied, and he also gave no formal or informal indication of opposition to Global's Motion for Interlocutory Sale.

/
/

DATED this 16th day of October, 2006, at Anchorage, Alaska.

    s/ Mark C. Manning
Counsel for Plaintiff
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 10 / 16 /06, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

Richard S. Nicholson
2504 Christie Circle
Birmingham, AL 35216

   s/Mark C. Manning