Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, </br> Plaintiff, </br> v. </br> OURANIA, LLC, *et al.,* </br> Defendants. | IN ADMIRALTY </br></br> No. A-05- 047 Civil (JWS) |

**WRIT OF VENDITIONI EXPONAS**

To the Marshal of the United States of America for the District of Alaska - Greetings:

Whereas, a complaint <u>in</u> <u>rem</u> and <u>in</u> <u>personam</u> was filed in the District Court for the District of Alaska on the 4th day of March, 2005, by Plaintiff Global Seafoods against the URSA MINOR, official number 590767, and its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, and against her owner, demanding that the URSA MINOR and her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances  be condemned and sold to answer the demand of the complaint; and

Whereas, the vessel was arrested by process issued out of  this court in pursuance of the complaint and is now in custody by virtue thereof; and such proceedings have been thereupon had that by the order of the court in this action made and pronounced, on the _____th day of October, 2006, URSA MINOR, official number 590767, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances was ordered to be sold by you according to law and the requirements of the order; and that you have the moneys arising from such sale, together with this writ, at the district court to be held for the District of Alaska, at the City of Anchorage;

You are therefore hereby commanded to cause the URSA MINOR, official number 590767,

her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances to be sold in manner and form, upon the notice, and at the time and place by law required. And that you have, and remit the moneys arising from such sale into the registry of the court, pursuant to the aforesaid order and judgment; and have you also then and there this writ.

     DATED this _____ day of October, 2006.

                                         _____
                                                            Clerk
                                         United States District Court