Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.,* | ) ) | IN ADMIRALTY |
| Defendants. | ) ) ) | No. A-05- 047 Civil (JWS) |

**MEMORANDUM SUPPORTING MOTION
TO RE-SCHEDULE  INTERLOCUTORY SALE**

Plaintiff has moved for an order to re-schedule the interlocutory sale of the *in rem* defendant arrested in this case.  The court originally scheduled interlocutory sale of the vessel for October 11, 2006, without opposition from any party.

Notice of the sale was duly published and the sale went forward as scheduled.  Manning declaration ¶ 2.  No one appeared at the sale other than counsel for Plaintiff.  *Id.*  On behalf of Plaintiff, counsel made a winning credit bid of $5,000.00.  *Id.*  Counsel subsequently learned that a mistake had been made about Global Seafoods' qualification under 46 U.S.C. §31329 to bid for the vessel.  *Id.*  Global cannot accept a bill of sale from the marshal.  *Id.*

Global has obtained a sale date of November 2, 2006, from the marshal's office, with a back-up date of November 7.  The date of significance to this motion if the November 2 date is to be held is noon October 23, 2006. Global's counsel would need to be apprized of a favorable ruling on the motion by noon October 23 date in order to safely arrange for the required publications before the proposed November 2 sale date.  The date of significance if the November 7 sale date is used is noon October 27.  Global's counsel would need to be apprized of a favorable ruling on the motion by noon

October 27 date in order to safely arrange for the required publications before the proposed November 7 sale date

In light of the foregoing, it is necessary to re-schedule sale of the vessel, and Plaintiff respectfully requests that the court enter an order to re-set a sale date.

DATED this 16th day of October, 2006, at Anchorage, Alaska.

    s/ Mark C. Manning
Counsel for Plaintiff
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 10 / 16 /06, a copy of the foregoing was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

Richard S. Nicholson
2504 Christie Circle
Birmingham, AL 35216

    s/Mark C. Manning