Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| OURANIA, LLC, *et al.,* ) ) | IN ADMIRALTY |
| Defendants. ) ) | No. A-05- 047 Civil (JWS) |

**NOTICE OF SALE OF VESSEL**

The U.S. District Court for the District of Alaska ordered on October _____, 2006, that the vessel URSA MINOR, official number 590767, and its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, be sold by the U.S. Marshal as is, where is, free and clear of any liens, claims, maritime liens, rights in rem, rights of redemption or encumbrances whatsoever.

The sale of the vessel, now lying at Kodiak, Alaska, shall be held on _____, November ____, 2006, at 10:00 a.m. at the Federal Courthouse located on 222 West 7th Avenue, Anchorage, Alaska, at the 7th Street entrance.

The sale will be conducted in accord with Local Admiralty Rule (e)-14. The sale will be to the highest bidder. Bidders must be qualified to document vessels under United States law as provided by 46 U.S.C. §31329. Payments must be made in cash or certified or cashier's check. Initial payment must be made in accord with Local Admiralty Rule (e)-14(d). If a sale is not confirmed, the deposit will be returned to the bidder at once. The successful bidder must pay any balance of the purchase price within 7 calendar days of the date of sale unless an objection to the sale

is filed within that 7 day period. Failure to do so may result in forfeiture of the deposit for application to the costs of this action. If an objection is filed, then the balance shall be paid within 7 days of confirmation of the sale. Sealed written bids will be accepted by the marshal until 5:00 p.m. of the business day preceding the sale, and must be accompanied by a certified or cashier's check for 10% of the bid.