Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.,* | ) ) | IN ADMIRALTY |
| Defendants. | ) ) | No. A-05- 047 Civil (JWS) |

**MOTION FOR CONSIDERATION ON SHORTENED TIME**

Plaintiff moves for an order shortening time for consideration of its MOTION TO RE-SCHEDULE INTERLOCUTORY SALE. This motion is supported by the accompanying declaration of Mark C. Manning.

DATED this 16th day of October, 2006, at Anchorage, Alaska.

    s/ Mark C. Manning
Counsel for Plaintiff
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 10 / 16 /06, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

Richard S. Nicholson
2504 Christie Circle
Birmingham, AL 35216

   s/Mark C. Manning