Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| OURANIA, LLC, *et al.,* ) ) | IN ADMIRALTY |
| Defendants. ) ) | No. A-05- 047 Civil (JWS) |

**ORDER SHORTENING TIME FOR CONSIDERATION OF PLAINTIFF'S MOTION TO RE-SCHEDULE INTERLOCUTORY SALE**

Upon review of Plaintiff's MOTION FOR CONSIDERATION ON SHORTENED TIME for consideration of Plaintiff's MOTION TO RE-SCHEDULE INTERLOCUTORY SALE, it is hereby

ORDERED that Plaintiff's Motion is GRANTED.

_____             _____
        DATE                                             JOHN D. ROBERTS
                                          UNITED   STATES   MAGISTRATE   JUDGE