Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>OURANIA, LLC, *et al.,*  )<br>  )<br>  Defendants.  )<br>_____) | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

**NOTICE CONCERNING ATTEMPT TO SELL VESSEL**

The *in rem* defendant in this action was offered for sale at an auction by the marshal on October 11, 2006. Plaintiff was the sole attendee at the auction and made the only bid on the vessel. Plaintiff wishes to notify the court that it will not be moving to confirm sale because counsel discovered after the auction that a mistake had been made concerning Plaintiff's qualification to bid on the vessel under 46 U.S.C. §31329. Accordingly, Plaintiff has moved to re-schedule the auction of the vessel. The pertinent motion papers are at docket numbers 90 through 94.

DATED this 16th day of October, 2006, at Anchorage, Alaska.

    s/ Mark C. Manning
Counsel for Plaintiff
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 10 / 16 /06, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

Richard S. Nicholson
2504 Christie Circle
Birmingham, AL 35216

   s/Mark C. Manning