IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.*, | ) ) | IN ADMIRALTY |
| Defendants. | ) ) ) | No.3:05-cv-00047-JWS |

**ORDER SHORTENING TIME FOR CONSIDERATION OF PLAINTIFF'S MOTION TO RE-SCHEDULE INTERLOCUTORY SALE**

Upon review of Plaintiff's MOTION FOR CONSIDERATION ON SHORTENED TIME for consideration of Plaintiff's MOTION TO RE-SCHEDULE INTERLOCUTORY SALE, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

| | |
|---|---|
| October 16, 2006 | s/John D. Roberts |
| DATE | JOHN D. ROBERTS |
| | UNITED STATES MAGISTRATE JUDGE |