**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Global Seafoods | A-05-047 CIV (JWS) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| URSA MINOR, et al. | Vessel Sale |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
US Marshals Service

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
222 W. 7th Ave

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mark Manning
431 W. 7th Ave
Anchorage, AK 99513

RECEIVED
OCT 24 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Number of process to be served with this Form - 285: 0
Number of parties served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please sell the URSA MINOR per order of September 29, 2006

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 907-278-9794
DATE: 10/11/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 6 | 6 | | 10/11/06 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

Date of Service: 10/11/06   Time: 10:00 am
Signature of U.S. Marshal or Deputy

Commission

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | $90 | | $45 | | |

REMARKS:
offset ~~bid for $5,000~~
5,000 - 3% $30 + $60 = $90
Sale unable to confirm

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)

## Klemm, Linda (USMS)

**From:** Mark Manning [manning@alaska.net]
**Sent:** Monday, October 16, 2006 2:40 PM
**To:** Klemm, Linda (USMS)
**Subject:** Global Seafoods v. URSA MINOR  Case no. A-05-047 CIV

Linda-

This will confirm that I learned after the attempted auction of the URSA last week that Global, the sole attendee and bidder, was not qualified to bid on the vessel.  I have filed notice with the court that, as a result, we will not be moving to confirm the sale. I have also filed a motion to re-schedule the sale on November  2, or, if the court is not able to process the motion quickly enough, on November 7.

Please get in touch if you need any additional information from me at this point,

Best regards,

Mark

Mark C. Manning, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK  99501
(907) 278-9794
(907) 278-1169 fax

1