Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>OURANIA, LLC, in personam, and URSA MINOR, official number 590767, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem,<br><br>　　　　Defendants. | IN ADMIRALTY<br><br>No. A-05-047  Civil (JWS) |

**NOTICE OF FILING AFFIDAVIT OF PUBLICATION**

Plaintiff files herewith an Affidavit of Publication of the Notice of Sale of the defendant vessel by the Anchorage Daily News in conformity with Local Admiralty Rule (e)-14(b)(1).

DATED this 9th day of November, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　s/ Mark C.  Manning
　　　　　　　　　　　　　　　　MARK C. MANNING, P.C.
　　　　　　　　　　　　　　　　431 West 7th Avenue, Ste. 204
　　　　　　　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　　　　　　　Phone: (907) 278-9794
　　　　　　　　　　　　　　　　Fax: (907) 278-1169
　　　　　　　　　　　　　　　　manning@alaska.net
　　　　　　　　　　　　　　　　ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 11 / 9 /06, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

   s/Mark C. Manning