## Anchorage Daily News
## Affidavit of Publication

1001 Northway Drive, Anchorage, AK 99508

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 19969 | 10/24/2006 | | 2789794MAN | $148.52 | | | | | | |
| | 10/25/2006 | | 2789794MAN | $148.52 | | | | | | |
| | 10/26/2006 | | 2789794MAN | $148.52 | | | | | | |
| | 10/27/2006 | | 2789794MAN | $148.52 | | | | | | |
| | | | | $594.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $594.08 |

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _____

Subscribed and sworn to me before this date:

October 31, 2006

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: 09/12/2007

---

Mark C. Manning
Mark C. Manning, P.C.
431 W 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794
Fax: 278-1169
Counsel for Plaintiff

IN THE
UNITED STATES
DISTRICT COURT
DISTRICT OF ALASKA

GLOBAL SEAFOODS NORTH AMERICA, LLC, Plaintiff,
v.
OURANIA, LLC, et al., Defendants

IN ADMIRALTY
No. A-05-047 Civil (JWS)

The U.S. District Court for the District of Alaska ordered on October 16, 2006, that the vessel URSA MINOR, official number 590767, and its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, be sold by the U.S. Marshal as is, where is, free and clear of any liens, claims, maritime liens, rights in rem, rights of redemption or encumbrances whatsoever.

The sale of the vessel, now lying at Kodiak, Alaska, shall be held on Thursday, November 2, 2006, at 10:00 a.m. at the Federal Courthouse located on 222 West 7th Avenue, Anchorage, Alaska, at the 7th Street entrance.

The sale will be conducted in accord with Local Admiralty Rule (e)-14. The sale will be to the highest bidder. Bidders must be qualified to document vessels under United States law as provided by 46 U.S.C. §31329. Payments must be made in cash or certified or cashier's check. Initial payment must be made in accord with Local Admiralty Rule (e)-14(d). If a sale is not confirmed, the deposit will be returned to the bidder at once. The successful bidder must pay any balance of the purchase price within 7 calendar days of the date of sale unless an objection to the sale is filed within that 7 day period. Failure to do so may result in forfeiture of the deposit for application to the costs of this action. If an objection is filed, then the balance shall be paid within 7 days of confirmation of the sale. Sealed written bids will be accepted by the marshal until 5:00 p.m. of the business day preceding the sale, and must be accompanied by a certified or cashier's check for 10% of the bid.

Pub: October 24 - 27, 2006