Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>OURANIA, LLC, *et al.*,<br>　　　　　Defendants. | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

**MOTION FOR CONFIRMATION OF SALE**

Plaintiff moves that an order be issued by November 17, 2006, as required by Local Admiralty Rule (e)-14(j)(2), confirming the November 2 sale of the URSA MINOR, official number 590767, and its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, to Tan Nik, LLC, for the bid of $ 1,000.00. This motion is supported by the following memorandum, Global's November 9 NOTICE OF FILING AFFIDAVIT OF PUBLICATION and the marshal's return on the vessel's sale.

**MEMORANDUM SUPPORTING MOTION FOR CONFIRMATION OF SALE**

Pursuant to this court's order entered October 17, 2006, the URSA MINOR, official number 590767, and its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, was sold at marshal's sale to Tan Nik, LLC, on November 2, 2006, for a bid of $ 1,000.00. The sale was conducted in conformity with Local Admiralty Rule (e)-14, including but not limited to the publication of the required notice of sale in the Anchorage Daily News, a paper of general circulation in the area in which the sale occurred. Plaintiff has filed an Affidavit of Publication of the Notice of Sale of the defendant vessel by the Anchorage Daily News in conformity with Local Admiralty Rule (e)-14(b)(1).

Local Admiralty Rule (e)-14(j) provides that a sale is to be confirmed within no fewer than 7 calendar days and no more than 10 days following sale unless (1) written objection is filed within 7 calendar days of the date of sale, (2) the purchaser is in default of payment to the marshal, or (3) an upset bid has been filed. As will be reflected in the marshal's return, which Global understands will be filed on November 13, the full purchase price has been tendered to the marshal. Further, the proposed form of order conditions delivery of the marshal's bill of sale on payment of any sum that may still be due the marshal. Global has received no indication that either item (1) or item (3) occurred prior to the 7 day deadline, November 9.

Because the sale was conducted in conformity with the admiralty rules, and provided the court's file reflects that no timely objection or upset bid has been filed, Plaintiff respectfully requests that this court enter the attached order confirming the sale.

DATED this 10th day of November, 2006, at Anchorage, Alaska.

   s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 11 / 10 /06, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

   s/Mark C. Manning