IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP,           )<br>                                                                  )<br>                    Plaintiff,                            )<br>                                                                  )<br>        v.                                                      )<br>                                                                  )<br>EGEGIK SPIRIT, official number         )<br>299957, her equipment, gear, furniture,  )<br>apparel, fixtures, tackle, boats, machinery  )<br>anchors and all appurtenances, <u>in</u> <u>rem</u>, <u>et al</u>., )<br>                                                                  )<br>                    Defendants.                       )<br>_____) | IN ADMIRALTY<br>No. A-04-0147 CV  (RRB) |

**ORDER CONFIRMING SALE**

The defendant vessel URSA MINOR, official number 590767, and its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, having been sold by the United States Marshal to Tan Nik, LLC, on November 2, 2006, upon its bid of $1,000.00, and it being shown to the court that the sale was made in conformity with the order of sale heretofore made and entered in this action, and in conformity with the rules of this court,

IT IS SO ORDERED;

1.  that the sale of the defendant vessel URSA MINOR, official number 590767, and its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, to Tan Nik, LLC, as is, where is, free and clear of any liens, claims, maritime liens, rights <u>in</u> <u>rem</u>, rights of redemption or encumbrances whatsoever is confirmed; and

2.  that the United States Marshal shall release and deliver the vessel to Tan Nik, LLC, and shall execute and deliver a bill of sale of the vessel to Tan Nik, LLC, provided the Marshal is first reimbursed for his custodial fees and costs.

_____              _____
              DATE                                                   UNITED STATES DISTRICT JUDGE