# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

GLOBAL SEAFOODS NORTH AMERICA, LLC., v. OURANIA, LLC, et al.,
　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. *3-05-cv-00047-JWS-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

### RE: RECOMMENDATION regarding
### Motion for Confirmation of Sale, Docket No. 100

　　　　Plaintiff moves for an order to issue regarding confirmation of sale of the URSA MINOR. Docket No. 100. The record reflects that said sale was conducted in conformity with this District's Local Admiralty Rules. Accordingly, the motion to confirm the sale should be granted. This matter will now be forwarded forthwith to the assigned district judge.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

November 15, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CV\3-05-cv-00047-JWS-JDR GLOBAL @100 RR Re Mtn to Confirm Sale.wpd

3-05-cv-00047-JWS-JDR　　　　　RR @100 Re Motion to Confirm Sale
Entered at direction of
Judge John D. Roberts　　　　　11/15/2006; Page 1 of 1