**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Global Seafoods North America, LLC | **COURT CASE NUMBER** A-05-0470CIV(JWS) |
| **DEFENDANT** Ourania, LLC and URSA MINOR | **TYPE OF PROCESS** Vessel Sale |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
US Marshals' Service

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
222 W. 7th Ave., Anchorage AK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mark C. Manning
431 W. 7th Ave., Ste. 204
Anchorage, AK 99513

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED
NOV 14 2006
CLERK US DISTRICT COURT
ANCHORAGE ALASKA

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please sell the URSA MINOR per order attached of October 16, 2006, on November 2, 2006, at 10:00 a.m.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 907-278-9794
DATE: 10/26/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | | 11/2/06 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/00 11/2/06   Time: am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | $100 | | $145 | | Commission | |

**REMARKS:** Sold for $1,000 to Mark Manning per Tom Nik

**PRIOR EDITIONS MAY BE USED**  **1. CLERK OF THE COURT**  **FORM USM-285 (Rev. 12/15/80)**

Standard Form 1048                                                         Voucher No. 105

MEMORANDUM
# PUBLIC VOUCHER
# FOR REFUNDS

United States Department of Justice, United States Marshals Service
Location: District of Alaska, 222 W 7th Avenue, #28
            Anchorage, AK 99513

Appropriation or Fund: **15X6876**

**PAID BY**

Randy M. Johnson
U.S. Marshal
Anchorage, Alaska
Symbol 8106

| To | U.S. District Court |
|---|---|
| Address | 222 W. 7th Ave<br>Anchorage, AK 99513 |

Received deposit of $1,000.00 from Tan Nik, LLC, for sale of Vessel Ursa Minor on 11/2/06.

Amount of deposit on 11/13/06   $ 1,000.00

Applied remaining balance.......   $ _____

**Balance authorized to be refunded**   $ 1,000.00

Remarks:

GLOBAL SEAFOODS
-VS-
OURANIA, LLC, et al
(Vessel Ursa Minor)
3:05-CV-00047

Signature _____
Victoria Irving
Certifying Officer

Refund by: Check No. 67139   Date 11/13/2006   Amount $ 1,000.00

Signature of Payee: _Sharon L. Kenian, Budget Analyst_

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>OURANIA, LLC, et al., )<br>)<br>Defendants. ) | Case #3:05-CV-00047 |

## U.S. MARSHALS RETURN ON SALE

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that I did receive an Order Re-Scheduling Interlocutory Sale of Defendant Vessel by public sale on October 16, 2006 and that the Notice of Sale was published in the Anchorage Daily News pursuant to Local Admiralty Rule (e)-14. The original Affidavit of Publication has been filed with the court which provides confirmation of publication. The date, time and place of the sale was set for November 2, 2006 at 10:00 a.m. and the sale was held as set in the lobby of the U.S. Courthouse and Federal Building, 222 W. 7th Avenue, Anchorage, Alaska.

I further certify and return that pursuant to this order, Deputy U.S. Marshal Ron Dewitt did offer up for sale the Vessel Ursa Minor, and the vessel was sold to Tan Nik, LLC. for $1,000.00 (One Thousand dollars and no cents) by a sealed bid.

On November 2, 2006 our office received a Northrim Bank Check #70185 for $1,000.00 from Mark Manning on behalf of Tan Nik, LLC., and issued USMS Receipt #E021029.

I hereby return delivery of U.S. Treasury Check # _67139_ in the amount of $1,000.00 to the registry of the Clerk, U.S. District Court on this 13th day of November 2006.

I hereby return this order fully executed this 13th day of November, 2006 at Anchorage, Alaska.

RANDY M. JOHNSON
United States Marshal
District of Alaska
By: _[signature]_
Deputy, U.S. Marshal

## Anchorage Daily News
## Affidavit of Publication
1001 Northway Drive, Anchorage, AK 99508

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 19969 | 10/24/2006 | | 2789794MAN | $148.52 | | | | | | |
| | 10/25/2006 | | 2789794MAN | $148.52 | | | | | | |
| | 10/26/2006 | | 2789794MAN | $148.52 | | | | | | |
| | 10/27/2006 | | 2789794MAN | $148.52 | | | | | | |
| | | | | $594.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $594.08 |

Mark C. Manning
Mark C. Manning, P.C.
431 W 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794
Fax: 278-1169
Counsel for Plaintiff

IN THE
UNITED STATES
DISTRICT COURT
DISTRICT OF ALASKA

GLOBAL SEAFOODS
NORTH AMERICA, LLC,
  Plaintiff,
v.
OURANIA, LLC, et al.,
  Defendants

IN ADMIRALTY
No. A-05-047 Civil (JWS)

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _____

Subscribed and sworn to me before this date:
October 31, 2006

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: 09/12/2007

The U.S. District Court for the District of Alaska ordered an October 16, 2006, that the vessel URSA MINOR, official number 590767, and its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, be sold by the U.S. Marshal as is, where is, free and clear of any liens, claims, maritime liens, rights in rem, rights of redemption or encumbrances whatsoever.

The sale of the vessel, now lying at Kodiak, Alaska, shall be held on Thursday, November 2, 2006, at 10:00 a.m. at the Federal Courthouse located on 222 West 7th Avenue, Anchorage, Alaska, at the 7th Street entrance.

The sale will be conducted in accord with Local Admiralty Rule (e)-14. The sale will be to the highest bidder. Bidders must be qualified to document vessels under United States law as provided by 46 U.S.C.§31329. Payments must be made in cash or certified or cashier's check. Initial payment must be made in accord with Local Admiralty Rule (e)-14(d). If a sale is not confirmed, the deposit will be returned to the bidder at once. The successful bidder must pay any balance of the purchase price within 7 calendar days of the date of sale unless an objection to the sale is filed within that 7 day period. Failure to do so may result in forfeiture of the deposit for application to the costs of this action. If an objection is filed, then the balance shall be paid within 7 days of confirmation of the sale. Sealed written bids will be accepted by the marshal until 5:00 p.m. of the business day preceding the sale, and must be accompanied by a certified or cashier's check for 10% of the bid.

Pub: October 24 - 27, 2006

```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

       #  00129341  - SF
       November 14, 2006


   Code    Case #    Qty      Amount

   604700-R 05-47 CV          1,000.00 CK


   TOTAL→              1,000.00



   FROM: US TREASURY
         FOR SALE OF VESSEL URSA MINOR
         A05-47CV
```