Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| OURANIA, LLC, *et al.*, | ) ) | IN ADMIRALTY |
| Defendants. | ) ) ) | No. A-05- 047 Civil (JWS) |

### STIPULATION

The parties stipulate and agree that John Galliher may be dismissed from this action and that Plaintiffs claim against him are dismissed without prejudice, the parties to bear their respective costs and fees incurred in respect of those claims.

MARK C. MANNING, P.C.
Counsel for Plaintiff

_____
Date

By:_____
Mark C. Manning


HOLMES, WEDDLE & BARCOTT


_____
Date

By:_____
John E. Casperson
Attorney for Defendants

10-15-06
Date

John A. Galliher
John Galliher