IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.*, | ) ) | IN ADMIRALTY |
| Defendants. | ) ) ) | No. A-05- 047 Civil (JWS) |

**PROPOSED ORDER DISMISSING CLAIMS AGAINST JOHN GALLIHER**

Based upon the parties' stipulation, it is hereby

ORDERED that Plaintiff's claims against Defendant John Galliher are dismissed without prejudice, the parties to bear their respective costs and fees incurred in respect of those claims.

_____    _____
            DATE                                                            JAMES W. SEDWICK.
                                                                                    DISTRICT COURT JUDGE