Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,  ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | |
| OURANIA, LLC, *et al.,*  ) ) | IN ADMIRALTY |
| Defendants. ) ) | No. A-05- 047 Civil (JWS) |

**ERRATUM TO STIPULATION**

Attached hereto is a revised form of the dismissal stipulation at docket 104, correcting signature blocks.  The address of the pro se co-defendant has been added; no other contact information is known.

DATED this 18th day of November, 2006, at Anchorage, Alaska.

    s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on 11/18/06, a copy
of the foregoing Erratum
was served electronically on Ourania LLC.

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615


   s/Mark C. Manning