Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

GLOBAL SEAFOODS NORTH           )
AMERICA, LLC,                   )
            Plaintiff,           )
                              )
       v.                      )
                              )
OURANIA, LLC, *et al.,*          )      IN ADMIRALTY
                              )
            Defendants.          )      No. A-05- 047 Civil (JWS)
_____)

## STIPULATION

The parties stipulate and agree that John Galliher may be dismissed from this action
and that Plaintiffs claim against him are dismissed without prejudice, the parties to bear their
respective costs and fees incurred in respect of those claims.

| | |
|---|---|
| ___11/17/2006_____ | ___s/ Mark C. Manning___ |
| Date | MARK C. MANNING, P.C. |
| | 431 West 7th Avenue, Ste. 204 |
| | Anchorage, AK 99501 |
| | Phone: (907) 278-9794 |
| | Fax: (907) 278-1169 |
| | manning@alaska.net |
| | ABA No. 8110066 |
| | |
| ___11/17/2006_____ | ___s/ John E. Casperson (consent) |
| Date | HOLMES, WEDDLE & BARCOTT |
| | 999 Third Avenue, Ste. 2600 |
| | Seattle, WA 98104 |
| | Phone: (206) 292-8008 |
| | Fax: (206) 340-0289 |
| | jcasperson@hwb-law.com |
| | ABA No. 7910076 |

_10-15-06_
Date

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

*Global Seafoods v. Ourania, LLC*
No. A-05- 047 Civil (JWS)        2