Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br>    Plaintiff,<br><br>  v.<br><br>OURANIA, LLC, *et al.*,<br><br>    Defendants. | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

**OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION**

The Magistrate Judge has recommended, at docket 106, that Plaintiff's claims against Co-defendant Galliher be dismissed "with prejudice." This recommendation is for action on the parties' stipulation to dismissal of the claims "without prejudice." Docket 106 contains no reason the stipulation to dismissal without prejudice ought not be honored.

With the recent marshal's sale of the defendant vessel and resolution of matters with co-defendant and claimant Ourania, LLC, Plaintiff contemplates that all that would remain of this action shortly but for the pending stipulation is the $5,827.30 *in personam* claim against Galliher. If it is to be pursued further at all, an *in personam* claim of this magnitude is better situated in a state small claims court than in a federal district court. Hence Plaintiff's agreement to dismissal "without prejudice."

/
/
/

DATED this 24th day of November, 2006, at Anchorage, Alaska.

   s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 11 /24 /06, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and by U.S. Mail on

John Galliher
2933 Spruce Cape Road
Kodiak, AK 99615

   s/Mark C. Manning

*Global Seafoods v. Ourania, LLC, et al.*
Case no. A-05- 047 Civil (JWS)      2