IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.*, | ) ) | IN ADMIRALTY |
| Defendants. | ) ) | No. 3:05-cv-000047 (JWS) |

**ORDER DISMISSING CLAIMS AGAINST JOHN GALLIHER**

Based upon the parties' stipulation, it is hereby

ORDERED that Plaintiff's claims against Defendant John Galliher are dismissed without prejudice, the parties to bear their respective costs and fees incurred in respect of those claims.


DATE: November 27, 2006                    /s/ JOHN W. SEDWICK.
                                             DISTRICT COURT JUDGE