# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Global Seafoods | A-05-0047 CIV |
| **DEFENDANT** | **TYPE OF PROCESS** |
| URSA Minor | Release of Vessel |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
US Marshals Service

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

RECEIVED
NOV 27 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mark Manning
431 W. 7th Ave #204
Anchorage, AK 99501

| Number of process served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Release vessel upon receiving Order Confirming Sale

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 278-9794
DATE: 11/17/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | [signature] | 11/17/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/17/06  Time: 10:45 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | | | $45 | | |

REMARKS: Release vessel 11/27/06

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

ORIGINAL

OMB APPROVED
2115-0110

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1356 (REV. 9-92) | BILL OF SALE BY GOVERNMENT ENTITY PURSUANT TO COURT ORDER OR ADMINISTRATIVE DECREE OF FORFEITURE | THIS SECTION FOR COAST GUARD USE ONLY |

**1. VESSEL NAME**

URSA MINOR

**2. OFFICIAL NUMBER OR OTHER UNIQUE IDENTIFIER**

590767

**3. PERSON EXECUTING INSTRUMENT**

NAME: RANDY M. JOHNSON        TITLE: U.S. MARSHAL

NAME AND ADDRESS OF AGENCY REPRESENTED (AND DISTRICT, IF APPLICABLE)

U.S. MARSHALS SERVICE, 222 W. 7th Ave, #28, Anchorage, Alaska 99513

**4. COURT OR FORFEITURE INFORMATION:**

[ ] VESSEL SOLD PURSUANT TO ADMINISTRATIVE FORFEITURE (COPY OF DECREE ATTACHED)

[X] VESSEL SOLD PURSUANT TO COURT ORDER

NAME OF COURT: U.S. DISTRICT COURT        TITLE OF ORDER: ORDER FOR SALE OF VESSEL

RECORDING DATA:
BOOK:        PAGE:
PORT (IF DIFFERENT FROM FILING PORT)

**5. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH:**

Tan Nik, LLC.

**5A. TOTAL INTEREST**   (100% UNLESS OTHERWISE SPECIFIED)   100 %

**5B. MANNER OF OWNERSHIP.** (CHECK ONLY ONE, IF APPLICABLE). UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST.

[ ] JOINT TENANCY WITH RIGHT OF SURVIVORSHIP    [ ] TENANCY BY THE ENTIRETIES    [ ] COMMUNITY PROPERTY

[X] OTHER (DESCRIBE)

**6. CONSIDERATION RECEIVED:**

$1,000.00 (ONE THOUSAND DOLLARS and NO CENTS)

**7.** BY VIRTUE OF THE AFORESAID COURT ORDER, A COPY OF WHICH IS ATTACHED HERETO, OR DECREE OF ADMINISTRATIVE FORFEITURE ATTACHED HERETO, I DO HEREBY GRANT, BARGAIN, AND SELL THE VESSEL DESCRIBED HEREIN, TOGETHER WITH ITS TACKLE, APPAREL, AND FURNITURE, TO THE BUYER(S) NAMED ABOVE.

**8. SIGNATURE AND ACKNOWLEDGMENT:** *[signature]* RANDY M. JOHNSON, U.S. Marshal

ON   November 16, 2006   (DATE)   THE PERSON(S) NAMED ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT IN THEIR STATED CAPACITY (IES) FOR THE PURPOSE THEREIN CONTAINED.

STATE: ALASKA
COUNTY: N/A
NOTARY PUBLIC *[signature]*
MY COMMISSION EXPIRES: Nov 28, 2009

"I hereby certify this to be a true and correct copy of the original Bill of Sale on 11/16/2006"

*[signature: Linda M Klemm]*

PREVIOUS EDITION OBSOLETE

SN 7530-00-F01-1070

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br>   Plaintiff,<br><br>v.<br><br>OURANIA, LLC, *et al.*,<br><br>   Defendants. | IN ADMIRALTY<br><br>No. 3:05-cv-00047-JWS |

**ORDER CONFIRMING SALE**

  The defendant vessel URSA MINOR, official number 590767, and its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, having been sold by the United States Marshal to Tan Nik, LLC, on November 2, 2006, upon its bid of $1,000.00, and it being shown to the court that the sale was made in conformity with the order of sale heretofore made and entered in this action, and in conformity with the rules of this court,

  IT IS SO ORDERED;

  1. that the sale of the defendant vessel URSA MINOR, official number 590767, and its equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, to Tan Nik, LLC, as is, where is, free and clear of any liens, claims, maritime liens, rights in rem, rights of redemption or encumbrances whatsoever is confirmed; and

  2. that the United States Marshal shall release and deliver the vessel to Tan Nik, LLC, and shall execute and deliver a bill of sale of the vessel to Tan Nik, LLC, provided the Marshal is first reimbursed for his custodial fees and costs.

November 15, 2006           /s/ John W. Sedwick
DATE              UNITED STATES DISTRICT JUDGE