Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| OURANIA, LLC, *et al.,* ) ) | IN ADMIRALTY |
| Defendants. ) ) | No. A-05- 047 Civil (JWS) |

**STATUS REPORT**

Plaintiff Global Seafoods and Defendant/ Claimant Ourania report the status of this matter as follows:

1. Global and Ourania have resolved the remaining *in personam* and *in rem* claims.

2. The parties need to file a stipulation dismissing the *in personam* claim against Ourania.

3. Global needs to file the requisite papers, which will include a stipulation, to establish an *in rem* judgment and to apply for the application to the judgment of funds in the court's registry from sale of the *in rem* defendant.

DATED this 19th day of December, 2006, at Anchorage, Alaska.

 s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

 s/ John E. Casperson (consent)
John E. Casperson
HOLMES, WEDDLE & BARCOTT
999 Third Avenue, Ste. 2600
Seattle, WA 98104
Phone: (206) 292-8008
Fax: (206) 340-0289
jcasperson@hwb-law.com
ABA No. 7910076