IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, <br>         Plaintiff, <br><br> v. <br><br> OURANIA, LLC, *et al.*, <br><br>         Defendants. | IN ADMIRALTY <br><br> No. A-05- 047 Civil (JWS) |

## STIPULATION

The parties stipulate and agree that the *in personam* claims against Ourania, LLC are dismissed with prejudice, the parties to bear their respective costs and fees incurred in litigating those claims. Ourania continues to be a claimant in respect to the *in rem* defendant.

  12/19/06                                            s/ Mark C. Manning  
     Date                                            MARK C. MANNING, P.C.  
                                                                   431 West 7th Avenue, Ste. 204  
                                                                   Anchorage, AK 99501  
                                                                   Phone: (907) 278-9794  
                                                                   Fax: (907) 278-1169  
                                                                   manning@alaska.net  
                                                                   ABA No. 8110066  
                                                                   Counsel for Global Seafoods

  12/19/06                                              s/ John E. Casperson (consent)  
     Date                                                      HOLMES, WEDDLE & BARCOTT  
                                                                   999 Third Avenue, Ste. 2600  
                                                                   Seattle, WA 98104  
                                                                   Phone: (206) 292-8008  
                                                                   Fax: (206) 340-0289  
                                                                   jcasperson@hwb-law.com  
                                                                   ABA No. 7910076  
                                                                   Counsel for Ourania, LLC