IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br>        Plaintiff,<br><br>    v.<br><br>OURANIA, LLC, *et al.,*<br><br>        Defendants. | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

**PROPOSED ORDER DISMISSING IN PERSONAM CLAIMS AGAINST OURANIA, LLC**

Based upon the parties' stipulation, it is hereby

ORDERED that Plaintiff's *in personam* claims against Defendant Ourania, LLC are dismissed with prejudice, the parties to bear their respective costs and fees incurred in respect of those claims.

_____          _____
        DATE                                                                                JAMES W. SEDWICK.
                                                                                                    DISTRICT COURT JUDGE