IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.,* | ) ) | IN ADMIRALTY |
| Defendants. | ) ) | No. 3:05-cv-00047-JWS |

## ORDER DISMISSING IN PERSONAM CLAIMS AGAINST OURANIA, LLC

Based upon the parties' stipulation, it is hereby

ORDERED that Plaintiff's *in personam* claims against Defendant Ourania, LLC are dismissed with prejudice, the parties to bear their respective costs and fees incurred in respect of those claims.

 December 20, 2006   /s/ JOHN W. SEDWICK
        DATE    JOHN W.  SEDWICK.
          DISTRICT COURT JUDGE