Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH ) <br> AMERICA, LLC, ) <br>               Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> OURANIA, LLC, *et al.*, ) <br> ) <br>              Defendants. ) <br> _____) | IN ADMIRALTY <br><br> No. A-05- 047 Civil (JWS) |

**STATUS REPORT**

Plaintiff Global Seafoods reports the status of this matter as follows:

1.   Global needs to file the requisite papers to conclude this settled action, which will be done by February 19, 2007.

DATED this 16th day of February, 2007, at Anchorage, Alaska.

 s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on 2 / 16 /07, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

   s/Mark C. Manning