Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafood

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOOD NORTH AMERICA, LLC, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| OURANIA, LLC, *et al.,* ) ) | IN ADMIRALTY |
| Defendants. ) ) | No. A-05- 047 Civil (J'S) |

**MOTION FOR JUDGMENT IN REM AGAINST PROCEEDS OF SALE**

Plaintiff moves pursuant to Federal Rule of Civil Procedure 54 for judgment *in rem* against the proceeds of sale of the *in rem* defendant, URSA MINOR.

This motion is supported by the accompanying memorandum, stipulation of Plaintiff and Claimant URANIA, and the declaration of Mark C. Manning.

DATED this 17th day of February, 2007, at Anchorage, Alaska.

   s/ Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 2 /17 /07, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and on the Marshal at

United States Marshals Service
222 West 7th Avenue
Anchorage, Alaska 99513

   s/Mark C. Manning