Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafood

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOOD NORTH AMERICA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OURANIA, LLC, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | <br><br><br><br><br><br><br>IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

**MEMORANDUM SUPPORTING MOTION FOR  JUDGMENT IN REM AGAINST PROCEEDS OF SALE**

Plaintiff has moved pursuant to Federal Rule of Civil Procedure 54 for judgment *in rem* against the proceeds of sale of the *in rem* defendant, URSA MINOR.  All *in personam* claims have been resolved.  By virtue of the October 10, 2006, stipulation between Global Seafoods and Ourania, LLC, claimant to the vessel, valid and subsisting liens for necessaries totaling $46,991.71 are established against the vessel.  In addition, *custodia legis* expenses totaling $10,010.07 are established by the declaration of Mark C.  Manning.

The vessel was sold for $1,000.00 at interlocutory sale on November 2, 2006.  In theory, the liens against the vessel transferred to the sale proceeds.  *Radcliff Materials, Inc. v.  M.V. RAYCO,*  1979 A.M.C. 1362 (E.D. La.  1979).  But presumably, Global will not benefit from this  in this case, because Global's *custodia legis* expenses are to be paid first from the proceeds.  *Moore's Federal Practice* §705.01[2][b] (3d ed.2002).  Application of the $1,000.00 sale proceeds will fall well short of reimbursing *custodia legis* expenses, so no funds will remain to apply to the portion of the judgment pertaining to foreclosed lien amounts.

In light of the deficiency of funds, Global has dispensed with any claim to pre- or post-judgment interest, and has not invested the time to assemble additional *custodia legis* expenses. In addition, Global will not be using the *in rem* judgment to pursue any *in personam* claim for deficiency.

For the foregoing reasons, the court is requested to enter judgment in accord with the form provided herewith.

DATED this 17th day of February, 2007, at Anchorage, Alaska.

   s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 2 /17 /07, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and on the Marshal at

United States Marshals Service
222 West 7th Avenue
Anchorage, Alaska 99513

   s/Mark C. Manning

*Global Seafoods v. URSA MINOR*
Case no. A05-047 (JWS)           3