Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OURANIA, LLC, *et al.*,<br><br>　　　　　Defendants. | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

**DECLARATION IN SUPPORT OF MOTION FOR
ENTRY OF JUDGMENT IN REM
28 U.S.C. § 1746**

　　Mark C. Manning states the following under penalty of perjury:

　　1. I am counsel of record for Plaintiff, and am authorized to make this declaration on Plaintiff's behalf.

　　2. On or about March 4, 2005, Plaintiff filed a verified complaint against the URSA MINOR *in rem* and its owner Ourania LLC, *in personam*, seeking an *in rem* judgment foreclosing liens for necessaries on the vessel and seeking judgment *in personam* for the related debts. After the vessel was arrested, Ourania appeared as claimant to the vessel. Global amended its complaint to add *in personam* claims against a John Galligher. All *in personam* claims were subsequently dismissed. Global and Ourania have entered into a stipulation that effectively resolves the *in rem* claims in Global's favor.

　　3. The United States Marshal has filed a return of service with this court showing that he personally served the URSA MINOR with arrest process on May 11, 2006. The Marshal's return of November 13, 2006, establishes that the vessel was sold at interlocutory

sale on November 2, 2006, and that the Marshal remitted the $1,000.00 sale proceeds to the court. The sale was confirmed by order of November 15, 2006.

    4. For reasons discussed below, Plaintiff now seeks a judgment against the URSA MINOR sale proceeds in the following amounts:

    a. principal of $ 46,991.71; and

    b. arrest and custodial expenses of $ 10,010.07.

    5. In accord with paragraphs 6 and 9 of Global's Second Amended Complaint, by stipulation dated October 10, 2006, Ourania, as sole owner of the URSA MINOR, and Global stipulated that Global was owed a total of $46,991.07 for necessaries, that Global had valid and subsisting maritime liens against the vessel for these charges, that those liens may be foreclosed, and that those liens were entitled to priority over all other liens that may exist against the vessel.

    6. Apart from Ourania, no other party is of record as claimant to ownership of the vessel or to a lien interest in the vessel.

    7. *Custodia legis* expenses incurred to foreclose the maritime liens included, though were not limited to, the following: marshal's charges for service fees/mileage/mail, airfare, sale commission, and insurance totaled $ 5,652.30; publication charges totaled $ 758.40; and custodial expenses totaled $ 3,600.00. These arrest and custody expenses total $ 10,010.07.

    8. All of the Marshal's expenses have been paid with deposits provided the marshal by my office, as evidenced by the attached accounting.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 17, 2007.

                                                    MARK C. MANNING

CERTIFICATE OF SERVICE

I hereby certify that, on 2/17/07, a copy of the foregoing motion and related papers was served electronically on Ourania, LLC

and on the Marshal at

United States Marshals Service
222 West 7th Avenue
Anchorage, Alaska 99513

\_\_s/Mark C. Manning_____