Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>OURANIA, LLC, in personam, and URSA MINOR, official number 590767, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem,<br><br>    Defendants. | IN ADMIRALTY<br><br>No. A-05- 047 Civil (JWS) |

### STIPULATION

Plaintiff and Claimant Ourania, LLC, stipulate in respect of Plaintiff's claims against *in rem* defendant URSA MINOR as follows:

1. Plaintiff has the following valid and subsisting maritime liens for necessaries upon Defendant vessel URSA MINOR, official number 590767:

<u>2003- 2004</u>

| | | |
|---|---|---|
| 10/20/03 | $ 12.83 | repairs |
| 10/22/03 | $ 382.78 | repairs |
| 10/31/03 | $1,430.07 | repairs |
| 11/17/03 | $241.92 | Kodiak Island Borough services |
| 11/18/03 | $ 915.07 | services |
| 11/18/03 | $1,550.00 | fuel |
| 11/18/03 | $10,000.00 | advance for miscellaneous necessaries |
| 11/20/03 | $ 2,183.60 | electronic parts/equipment and service |

| | | |
|---|---|---|
| 11/21/03 | $10,000.00 | advance for miscellaneous necessaries |
| 12/6/03 | $1,989.60 | fuel |
| 12/15/03 | $10,000.00 | fishing gear |
| 2/5/04 | $ 2,897.02 | parts and equipment |

<u>2004- 2005</u>

| | | |
|---|---|---|
| 12/21/04 | $ 1,235.00 | licenses |
| 12/30/04 | $ 300.00 | groceries |
| 1/5/05 | $ 254.40 | bait |
| 1/6/05 | $ 235.00 | repairs |
| 2/1/05 | $ 1,354.00 | fuel |
| 2/2/05 | $ 439.84 | repairs |
| 2/8/05 | $ 150.05 | repairs |
| 2/2/05 | $ 1,235.00 | bait |
| 2/2/05 | $ 185.53 | groceries |

2. Ourania, LLC, is the sole owner of URSA MINOR.

3. The necessaries liens against URSA MINOR may be foreclosed, and as far as Ourania is concerned these liens are entitled to priority over all other liens which may exist against the defendant vessel.

Date: October 10, 2006.

Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

John E. Casperson
HOLMES, WEDDLE & BARCOTT
999 Third Avenue, Ste. 2600
Seattle, WA 98104
Phone: (206) 292-8008
Fax: (206) 340-0289
jcasperson@hwb-law.com
ABA No. 7910076

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2006.

_____
JAMES W. SINGLETON
U.S. DISTRICT COURT JUDGE