

**United States Department of Justice**
**United States Marshals Service**
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue  #28, Room 189
Anchorage, Alaska    99513-7568

## UNITED STATES MARSHALS BILL OF COSTS

November 27, 2006
Global Seafoods
vs
Vessel Ursa Minor
Case #A05-047CIV

| | |
|---|---|
| Amount Deposited by Plaintiff's Attorney | $7,000.00 |

**Less Fees and Costs:**

| | |
|---|---|
| Service Fees/mileage/mail: | $729.30 |
| Airfare: | $430.50 |
| Commission: | $100.00 |
| Publications: | $0.00 |
| Insurance: (5/11/06 - 11/17/06) | $4,393.00 |
| Vessel Sale (deposit sent to US District Court) | $1,000.00 |
| | $6,652.80 |
| Account Balance: _X_ Refund ___ Shortage-Please Remit | $347.20 |

REMARKS:
   Vessel Ursa Minor was seized on 5/11/06.  On 11/2/06 the vessel was sold for $1,000.00 to Tan Nik.  On 11/17/06 received order confirming sale and released vessel at that time.  No further action required on this case at this time.  If you have any questions please contact me at 271-4375.

RANDY M. JOHNSON
United States Marshal
District of Alaska

TO:
Mark C. Manning
431 W. 7th Ave, Suite 204
Anchorage, AK 99501
Phone:  (907) 278-9794

By: *[signature]*
Linda M. Klemm
Civil Admin Specialist

(verified)
*[signature]*
(Certifying Official)
USMS D/AK Rev. 07-15-00

Check #67151 - voucher # 124
Case # 3:05-CV-00047/6876/0000