UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOOD NORTH AMERICAN, LLC,<br><br>             Plaintiff,<br>vs.<br><br>OURANIA, LLC, et al.,<br><br>             Defendants. | 3:05-cv-00047-JWS-JDR<br><br>**RECOMMENDATION REGARDING MOTION FOR JUDGMENT IN REM AGAINST PROCEEDS OF SALE**<br>**as to Defendant, URSA MINOR**<br><br>(Docket No. 121) |

Plaintiff moves pursuant to Federal Rule of Civil Procedure 54 for judgment in rem against the proceeds of sale of the in rem defendant URSA MINOR. Docket No. 121. The record reflects that the vessel was sold for $1,000.00 at an interlocutory sale on November 2, 2006. Plaintiff's memorandum states that the application of the sale proceeds falls short of reimbursing custodia legis expenses. All personam claims have been dismissed and plaintiff and defendant have entered

RECOMMENDATION REGARDING
Motion for Judgment In Rem Against Proceeds of Sale
3-05-cv-00047-JWS-JDR   Signed by Judge John D. Roberts   02/27/2007; Page 1 of 2

into a stipulation to resolve the in rem claims. Accordingly, in light of the deficiency of funds IT IS RECOMMENDED that plaintiff's motion for judgment against the URSA MINOR in the principal amount of $46,991.71; and arrest and custodial expenses in the amount of $10,010.07 be GRANTED, and, that the Parties' Stipulation regarding the maritime liens against the vessel URSA MINOR be approved. This matter will now be forwarded forthwith to the assigned district judge.

DATED this 27th day of February, 2007, at Anchorage, Alaska.

/s/ JOHD D. ROBERTS
JOHN D. ROBERTS
United States Magistrate Judge

3-05-cv-00047-JWS-JDR @120 GLOBAL  RR Re Mtn for Judgment.wpd

RECOMMENDATION REGARDING
Motion for Judgment In Rem Against Proceeds of Sale
3-05-cv-00047-JWS-JDR    Signed by Judge John D. Roberts    02/27/2007; Page 2 of 2