Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>OURANIA, LLC, <u>in personam</u>, and URSA MINOR, official number 590767, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, <u>in rem</u>,<br><br>　　　　　Defendants. | IN ADMIRALTY<br><br>No. A-05-047  Civil (JWS) |

**NOTICE REGARDING FILING OF REVISED FORM OF JUDGMENT**

　　　　At the request of the court, Global Seafoods files herewith a revised form of judgment pertaining to the motion at docket 121, adding 2 sentences to paragraph 5, identifying the check payee and providing an address for mailing.

　　　　DATED this 1st day of March, 2007, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　 s/ Mark C.  Manning
　　　　　　　　　　　　　　　　　　MARK C. MANNING, P.C.
　　　　　　　　　　　　　　　　　　431 West 7th Avenue, Ste. 204
　　　　　　　　　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　　　　　　　　　Phone: (907) 278-9794
　　　　　　　　　　　　　　　　　　Fax: (907) 278-1169
　　　　　　　　　　　　　　　　　　manning@alaska.net
　　　　　　　　　　　　　　　　　　ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on   /   /07, a copy
of the foregoing Notice and Revised Judgment
were served electronically on Ourania, LLC.

   s/Mark C. Manning

A copy of this document has been
served by mail/ hand/ fax on
    /   /05  on

John E. Casperson, Esq.
HOLMES WEDDEL & BARCOTT
999 Third Avenue, Ste. 2600
Seattle, WA 98104

_____