Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH ) <br> AMERICA, LLC, ) <br>              Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OURANIA, LLC, in personam, and ) <br> URSA MINOR, official number 590767, ) <br> her equipment, gear, furniture, ) <br> apparel, fixtures, tackle, boats, machinery ) <br> anchors and all appurtenances, in rem, ) <br> ) <br>              Defendants. ) <br> _____) | <br><br><br><br><br><br><br><br>IN ADMIRALTY<br><br><br>No. A-05-047  Civil (JWS) |

**NOTICE REGARDING FILING OF PROPOSED ORDER**

     Attached hereto is a proposed form of order effectuating the stipulation previously filed at docket 124.

     DATED this 1st day of March, 2007, at Anchorage, Alaska.

                                                         s/ Mark C.  Manning
                                                         MARK C. MANNING, P.C.
                                                         431 West 7th Avenue, Ste. 204
                                                          Anchorage, AK 99501
                                                          Phone: (907) 278-9794
                                                          Fax: (907) 278-1169
                                                          manning@alaska.net
                                                          ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on   /   /07, a copy
of the foregoing Notice and Revised Judgment
were served electronically on Ourania, LLC.

   s/Mark C. Manning

A copy of this document has been
served by mail/ hand/ fax on
    /   /05  on

John E. Casperson, Esq.
HOLMES WEDDEL & BARCOTT
999 Third Avenue, Ste. 2600
Seattle, WA 98104

_____