IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

GLOBAL SEAFOODS NORTH )
AMERICA, LLC, )
         Plaintiff, )
          )
   v. )
          )
OURANIA, LLC, *et al.*, )   IN ADMIRALTY
          )
         Defendants. )   No. A-05- 047 Civil (JWS)
_____ )

**PROPOSED ORDER**

Upon review of the parties' STIPULATION dated October 10, 2006, it is hereby ORDERED that

1. Plaintiff has the following valid and subsisting maritime liens for necessaries upon Defendant vessel URSA MINOR, official number 590767:

<u>2003- 2004</u>

| | | |
|---|---|---|
| 10/20/03 | $ 12.83 | repairs |
| 10/22/03 | $ 382.78 | repairs |
| 10/31/03 | $1,430.07 | repairs |
| 11/17/03 | $241.92 | Kodiak Island Borough services |
| 11/18/03 | $ 915.07 | services |
| 11/18/03 | $1,550.00 | fuel |
| 11/18/03 | $10,000.00 | advance for miscellaneous necessaries |
| 11/20/03 | $ 2,183.60 | electronic parts/equipment and service |
| 11/21/03 | $10,000.00 | advance for miscellaneous necessaries |
| 12/6/03 | $1,989.60 | fuel |
| 12/15/03 | $10,000.00 | fishing gear |
| 2/5/04 | $ 2,897.02 | parts and equipment |

<u>2004- 2005</u>

| Date | Amount | Item |
|------|--------|------|
| 12/21/04 | $ 1,235.00 | licenses |
| 12/30/04 | $ 300.00 | groceries |
| 1/5/05 | $ 254.40 | bait |
| 1/6/05 | $ 235.00 | repairs |
| 2/1/05 | $ 1,354.00 | fuel |
| 2/2/05 | $ 439.84 | repairs |
| 2/8/05 | $ 150.05 | repairs |
| 2/2/05 | $ 1,235.00 | bait |
| 2/2/05 | $ 185.53 | groceries |

2. Ourania, LLC, is the sole owner of URSA MINOR.

3. The necessaries liens against URSA MINOR may be foreclosed, and as far as Ourania is concerned these liens are entitled to priority over all other liens which may exist against the defendant vessel.

_____      _____
         DATE                                                                          JAMES W. SEDWICK.
                                                                                              DISTRICT COURT JUDGE