IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.,* | ) ) | IN ADMIRALTY |
| Defendants. | ) ) ) | No. A-05- 047 Civil (JWS) |

**ORDER**

Upon review of the parties' STIPULATION dated October 10, 2006, and pursuant to the recommendation of the magistrate judge at docket 127, it is hereby ORDERED that

1. Plaintiff has the following valid and subsisting maritime liens for necessaries upon Defendant vessel URSA MINOR, official number 590767:

<u>2003- 2004</u>

| | | |
|---|---|---|
| 10/20/03 | $ 12.83 | repairs |
| 10/22/03 | $ 382.78 | repairs |
| 10/31/03 | $1,430.07 | repairs |
| 11/17/03 | $241.92 | Kodiak Island Borough services |
| 11/18/03 | $ 915.07 | services |
| 11/18/03 | $1,550.00 | fuel |
| 11/18/03 | $10,000.00 | advance for miscellaneous necessaries |
| 11/20/03 | $ 2,183.60 | electronic parts/equipment and service |
| 11/21/03 | $10,000.00 | advance for miscellaneous necessaries |
| 12/6/03 | $1,989.60 | fuel |
| 12/15/03 | $10,000.00 | fishing gear |
| 2/5/04 | $ 2,897.02 | parts and equipment |

<u>2004- 2005</u>

| | | |
|---|---|---|
| 12/21/04 | $ 1,235.00 | licenses |
| 12/30/04 | $ 300.00 | groceries |
| 1/5/05 | $ 254.40 | bait |
| 1/6/05 | $ 235.00 | repairs |
| 2/1/05 | $ 1,354.00 | fuel |
| 2/2/05 | $ 439.84 | repairs |
| 2/8/05 | $ 150.05 | repairs |
| 2/2/05 | $ 1,235.00 | bait |
| 2/2/05 | $ 185.53 | groceries |

2. Ourania, LLC, is the sole owner of URSA MINOR.

3. The necessaries liens against URSA MINOR may be foreclosed, and as far as Ourania is concerned these liens are entitled to priority over all other liens which may exist against the defendant vessel.

DATE: March 23, 2007                               /s/ JOHN W. SEDWICK
                                                    DISTRICT COURT JUDGE

*Global Seafoods v. Ourania, et al.*
Case no. A-05-047 Civil (JWS)
Order