IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.,* | ) ) | IN ADMIRALTY |
| Defendants. | ) ) | No. A-05- 00047 Civil (JWS) |

**JUDGMENT IN REM**

Plaintiff Global Seafoods North America, LLC, having moved for judgment *in rem*, and the court having reviewed the record herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. Plaintiff had valid and subsisting necessaries liens upon Defendant vessel URSA MINOR, official number 574476, and her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances. These liens transferred to the proceeds of interlocutory sale of the defendant vessel.

2. The necessaries liens are foreclosed in the total amount of $ 46,991.71, and are entitled to priority over all other liens that may have existed against the defendant vessel.

3. Global Seafoods' *custodia legis* expenses were $10,010.07.

4. The defendant vessel was sold at interlocutory sale for $1,000.00. These proceeds have been deposited with the court.

/
/
/
/

5. Global Seafoods shall have judgment against the sale proceeds for *custodia legis* expenses

of $10,010.07, which are to be reimbursed first from the sale proceeds, and for $46,991.71 on its maritime lien claims. The clerk shall remit the sale proceeds to counsel for Global Seafoods for application to this judgment. The check payee shall be "Mark C. Manning, P.C., in trust for Global Seafoods N.A., LLC." The check shall be mailed to Mark C. Manning, P.C., 431 West 7th Avenue, Ste. 204, Anchorage, AK 99501.

DATED this 23rd day of March 2007.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE